# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

**Civil Action No.**

SecureNet Solutions Group, LLC,

      Plaintiff,

v.

Milestone Systems Inc.,

      Defendant.

---

## COMPLAINT FOR PATENT INFRINGEMENT

---

This is an action for patent infringement arising under the Patent Laws of the United States of America, 35 U.S.C. § 1 *et seq.* Plaintiff SecureNet Solutions Group, LLC (the "Plaintiff" or "SecureNet") sues Defendant Milestone Systems Inc. (the "Defendant" or "Milestone") for patent infringement via its unauthorized manufacture, use, offers to sell, sale, or imports of Plaintiff's patented invention, within and into the United States of various video analytics solutions. Milestone offers and sells technologies for profit that are protected by, and infringe upon Patents owned by SecureNet, including but not limited to, U.S. Patent Nos. 8,130,098 (claim 13), 8,354,926 (claim 34), 9,344,616 (claim 48), 9,619,984 (claim 22), 10,020,987 (claim 20), 10,862,744 (claim 16), 10,587,460 (claim 11), 11,323,314 (claim 13), and 11,929,870 (claim 6) (the "Asserted Patents").

Milestone's infringing products include, but are not limited to: XProtect software; XProtect software in combination with the Briefcam Respond video analytics extension; XProtect software in combination with XProtect video analytics extensions from third-party partners; and XProtect software in combination with any of the foregoing as installed on the Milestone Husky VMS hardware appliance (collectively, the "Accused Products").

## I.    Parties

1.      Plaintiff SecureNet Solutions Group, LLC is a limited liability company organized and existing under the laws of the State of Florida, with its principal place of business at 2073 Summit Lake Drive, Suite 155, Tallahassee, Florida 32317.

2.      On information and belief, Defendant Milestone Systems Inc. is a company, incorporated under the laws of Oregon with its principal place of business at 5300 Meadows Rd., Suite 400, Lake Oswego, OR 97035.

## II.    Jurisdiction and Venue

3.      This action arises under the Patent Laws of the United States, Title 35 of the United States Code. The Court has original subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.      This Court has personal jurisdiction over Defendant. On information and belief, Defendant conducts business, has committed acts of patent infringement, and has induced acts of patent infringement by others in this District and elsewhere in the United States. On information and belief, Milestone places,

has placed, and contributed to placing its products into the stream of commerce through established distribution channels knowing or understanding that such products would be sold and used in the United States, including in this District.

5.     Venue is proper in this district under 28 U.S.C. § 1400(b) because Milestone resides in Oregon, has its principal place of business in Oregon, and is subject to the Court's personal jurisdiction with respect to this action.  Venue is proper in this division under LR 3-2 because Milestone resides and conducts business, including the infringing activity, in Washington County, Oregon.

### III.    The Background of the Asserted Patents

6.     The claims of the Asserted Patents address a need arising specifically within the field of computerized security systems. Inventors Daniar Hussain and Dr. John Donovan conceived of the inventions. Mr. Hussain was educated at MIT in electrical engineering, biomedical engineering, and computer science and studied theoretical geophysics at the University of Cambridge, and environmental engineering and civil engineering at Carnegie Mellon University. He won the Siemens Westinghouse National Science Award (2000), a national award given to one team in the United States for engineering excellence. According to Science Magazine, this is "a junior Nobel Prize." He worked for NASA on techniques for sending satellite image data to mobile devices, and for Siemens Corporate Research developing techniques for 3D image registration. He is a named inventor on more than a dozen U.S. patents and five foreign patents.

7.    Hussain and Donovan conceived the inventions after a three-day workshop with CLEMIS, the IT Department for the Oakland County, Michigan confederation of police departments—the largest confederation of police departments in the country. During the workshop, the police described several major problems with known police IT systems. In 2007 (the priority date for the Asserted Patents), smart surveillance systems gained commercial adoption and started to replace traditional security systems, causing challenges for large-scale data analysis. *See e.g.,* Lisa Brown, Arun Hampapur, Jonathan Connell, Max Lu, Andrew Senior, Chiao-Fe Shu, Yingli Tian, IBM Smart Surveillance System (S3): *An open and extensible architecture for smart video surveillance*, IBM T.J. Watson Research Center, Proceedings of the IEEE Conference on Advanced Video and Signal Based Surveillance, AVSS 2005, Sept. 15-16, 2005.

8.    The claims of the Asserted Patents disclose technical solutions to some challenges, such as reducing errors and false positives via a particular computerized process. In particular, the inventors conceived of systems and methods for using integrated cameras, sensor networks, and other data sources with a correlation engine that correlates two or more events weighted by the attribute data of the data sources. Such correlations could effectively connect crime-related events to specific sensor data, other legacy system data, 911 calls, anonymous tips, and video records.

9.    A high-level depiction of one embodiment of the invention is illustrated in Figure 1 of the U.S. Patent No. 9,344,616 (the "'616 patent"):



'616 patent, Fig. 1; *see also* Declaration of Mukul Shirvaikar ("Shirvaikar Decl."),

attached hereto as **Exhibit A**, ¶14. In this embodiment, various types of security-

related data are collected from various sources, such as video cameras and other

sensory devices, a video tip system, a card access system, a personnel system, and a

vehicle information module. Shirvaikar Decl. at ¶14. These data describe "primitive

events," which are "atomic, indivisible event[s] from any subsystem," such as people

entering a designated area, a vehicle driving the wrong way in a designated lane, a

package left behind in an area, a person screaming, glass breaking, or a gunshot. '616

patent[1] at 7:62-8:3; Shirvaikar Decl. at ¶14.

---

[1] For ease of reference, all citations are to the '616 patent, however all of the
Asserted Patents contain the same elements cited herein.

10.     The primitive events are then normalized by the normalization engine. '616 patent at 6:26-28; Shirvaikar Decl. ¶15. The normalization engine normalizes the primitive events into a "normalized event 115," which is in "a standardized format the system can recognize." '616 patent at 10:45-48; Shirvaikar Decl. at ¶15. The specification points out that "each type of sensory device may have its own normalization engine." '616 patent at 10:45-51; Shirvaikar Decl. at ¶15. Alternatively, "one normalization engine as shown in FIG. 1 may have multiple modules for each type of sensory device." '616 patent at 10:56-58; Shirvaikar Decl. at ¶15.

11.     In the described embodiment, "[n]ormalized events 115 are placed in event queue 116 for processing by correlation engine 117." '616 patent at 10:63-65; Shirvaikar Decl. at ¶16. The basic function of the correlation engine is to "correlate[] two or more primitive events, combinations of primitive events and compound events, and combinations of compound events." '616 patent at 11:10-13; Shirvaikar Decl. at ¶16. Carrying out this function is quite complex. Figure 2 shows how the correlation engine works in one embodiment of the invention:



'616 patent at Fig. 2 (rotated); Shirvaikar Decl. at ¶16.

12.     As described by the specification, the correlation engine receives normalized events from the normalization engine. '616 patent at 11:50-55; Shirvaikar Decl. at ¶17. These normalized events are then filtered by a privacy filter 204, which applies a set of privacy rules defined by a system administrator. '616 patent at 11:50-59; Shirvaikar Decl. at ¶17. For example, a privacy rule may instruct the system to ignore all primitive events between certain time periods, or to disregard other categories of data. '616 patent at 11:59-12:12; Shirvaikar Decl. at ¶17.

13.     After applying the privacy filter, the correlation engine applies the business filter, which applies a set of business rules set by a system administrator. '616 patent at 12:12-16; Shirvaikar Decl. at ¶18. The objective of the business filter

is to "eliminate [] unnecessary false alarms by disregarding events when they are not significant based on normal business processes." '616 patent at 12:24-26; Shirvaikar Decl. at ¶18. For example, in a security system designed to guard a data center, a business filter could be configured to ignore primitive events taking place during hours when the data center is scheduled to be serviced. '616 patent at 12:20-24; Shirvaikar Decl. at ¶18.

14.    After the correlation engine has filtered primitive events based on the privacy and business rules, it evaluates the remaining primitive events for the presence of "compound events"—events that are composed of one or more primitive events. '616 patent at 12:27-30; Shirvaikar Decl. at ¶19. An example of a compound event is tailgating (i.e., where two or more persons enter a designated area as detected on the video data using a person-counting algorithm, when only one corresponding swipe/access card is detected by the legacy access control system). '616 patent at 12:30-40; Shirvaikar Decl. at ¶19. Compound events "may include primitive events from one sensor, from two or more sensors, or even from two disparate types of sensors."). '616 patent at 12:40-43; Shirvaikar Decl. at ¶19.

15.    Next, the correlation engine uses a "correlation module 210" to correlate both the primitive and compound events across geographical space. ). '616 patent at 12:44-46; Shirvaikar Decl. at ¶20. For example, the correlation engine may identify multiple tailgating events in different parts of a facility, or the loitering of two different vehicles in different parts of a campus. '616 patent at 12:50-52; Shirvaikar Decl. at ¶20. The correlation module also correlates events

across time, by comparing events detected presently with events detected in the past. '616 patent at 12:52-56; Shirvaikar Decl. at ¶20. Examples include detection of the presence of the same individual allowing another to tailgate at different times, or the same person loitering or being stopped multiple times by security. '616 patent at 12:56-61; Shirvaikar Decl. at ¶20.

16.    The correlation engine's forensic analysis of events is depicted in even greater detail in Figure 10 of the specification:



'616 patent, Fig. 10; Shirvaikar Decl. at ¶21. Figure 10 depicts various sets of video data (i.e., $V_1$ through $V_i$; the large circles in the first column), with each subset corresponding to data obtained from a particular video camera. 616 patent at 35:39-49; Shirvaikar Decl. at ¶21. The dashed circles inside $V_1$ through $V_i$ each represent a subset of video data. Shirvaikar Decl. at ¶21.

17.    Figure 10 also depicts various sets of metadata (i.e., M1 through Mi; the large circles in the second column).'616 patent at 35:50-56; Shirvaikar Decl. at

¶22. Each set of metadata is indexed and points to at least one set of video data. '616 patent at 35:56-57; Shirvaikar Decl. at ¶22. In Figure 10, each set of metadata corresponds to one and only one set of video data, but the specification is clear that the relationship between metadata and video data may be one-to-many, many-to-one, as well as many-to-many. '616 patent at 35:57-64; Shirvaikar Decl. at ¶22.

18.    Finally, Figure 10 depicts various sets of attribute weight data (i.e., W1 through Wi; the large circles in the third column). '616 patent at 35:65-67; Shirvaikar Decl. at ¶23. The sets of attribute weight data "are sets of vectors … which represent weights associated with subsets of the metadata M1." '616 patent at 35:67-36:2; Shirvaikar Decl. at ¶23. These weights may be multi-dimensional. '616 patent at 36:4-7; Shirvaikar Decl. at ¶23. For example, a two-dimensional weight may represent the attribute weights associated with (i) the reliability of a particular video camera for motion detection reliability; and (ii) the reliability of that camera for gunshot detection reliability. '616 patent at 36:7-11; Shirvaikar Decl. at ¶23. This would enable the system to account for the fact that a camera might have high motion detection reliability and low gunshot detection reliability, or vice-versa. '616 patent at 36:11-14; Shirvaikar Decl. at ¶23. The specification provides an equation that can be used for determining weights for attribute data:

$$w_i = \sum_{k=1}^{N} \omega_k a_k$$

'616 patent at 39:27-34; Shirvaikar Decl. at ¶23. In this equation, "[t]he weights "$\omega_i$" may be a weighted average of attribute data ($a_i$)." '616 patent at 39:14-22; Shirvaikar Decl. at ¶23. The symbol "$\omega_k$" refers to relative weights of the attributes ($a_k$), "which are themselves weights associated with the data sources." '616 patent at 39:34-36; Shirvaikar Decl. at ¶23.

19. The specification further discusses how attribute weights may be recalculated to yield the weighted attribute data of (i) two or more events occurring substantially simultaneously, or (ii) any of two or more events occurring substantially simultaneously. '616 patent at 39:9-33; Shirvaikar Decl. at ¶24. Respectively, the formulae are as follows:

$$\text{(i) } W(M_1 \cap M_2) = W(M_1) \cdot W(M_2)$$

$$\text{(ii) } W(M_1 \cup M_2) = W(M_1) + W(M_2) - W(M_1) \cdot W(M_2)$$

Shirvaikar Decl. at ¶24.

20. As the compound events and correlated events are detected, the correlation module stores them in the events database 118. '616 patent at 12:62-66; Shirvaikar Decl. at ¶25. The data may be stored in an events table such as the following:

11

TABLE 3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Events table | | | |
| MDEntryID | MDParameterID | MD_Event_DateTime | MD_Event_Duration | SrcID | Src_Description | Src_Location |
| . . . | . . . | . . . | . . . | . . . | . . . | . . . |
| 432 | 6 | Sep. 27, 2007 7:05:24PM | 1:05 | 1 | Camera 1 | Lobby |
| 433 | 16 | Sep. 27, 2007 7:10:18PM | 0:01 | 1 | Camera 1 | Lobby |
| 434 | 11 | Sep. 27, 2007 8:13:08PM | 0:01 | 9 | Card Reader in Server Room | Server Room |
| 435 | 10 | Sep. 27, 2007 8:13:10PM | 0:02 | 4 | Camera 34 | Server Room |
| 436 | 10 | Sep. 27, 2007 8:13:14PM | 0:02 | 4 | Camera 34 | Server Room |
| 437 | 12 | Sep. 27, 2007 8:13:24PM | 0:06 | 4 | Camera 34 | Server Room |
| 438 | 14 | Sep. 27, 2007 9:05:00PM | 0:26 | 23 | Registered Student | Off-campus (River St.) |
| 439 | 15 | Sep. 27, 2007 9:14:04PM | 0:10 | 2 | Camera 2 | Parking Lot |

'616 patent at Table 3; Shirvaikar Decl. at ¶25. Here, the column "MDEntryID"

contains the unique identifiers of the events. '616 patent at 26:64-68; Shirvaikar Decl.

at ¶25. "MDParameterID" refers to the types of events that were detected, which are

fully described in a separate Metadata parameters table. Shirvaikar Decl. at ¶25. An

example of a Metadata parameters table is as follows:

TABLE 1

| | | | | | |
|---|---|---|---|---|---|
| | | Meta-data parameters table | | | |
| MDParametersID | Nickname | MDTypeID | SrcID | MD_TimeStart | MD_TimeEnd |
| 6 | Motion in Camera 1 | 1 | 1 | 17:00 | 8:00 |
| . . . | . . . | . . . | . . . | . . . | . . . |
| 10 | Person Enters Server Room | 23 | 4 | 0:00 | 23:59 |
| 11 | Swipe Card Detected to Server Room | 22 | 9 | 0:00 | 23:59 |
| 12 | Tailgating | 24 | 4 | 0:00 | 23:59 |
| 13 | Anonymous Video Tip | 98 | 22 | 0:00 | 23:59 |
| 14 | Registered Student Video Tip | 98 | 23 | 0:00 | 23:59 |
| 15 | Stolen Plate | 99 | 2 | 17:00 | 8:00 |
| 16 | Camera 1 loses connection | 105 | 1 | 0:00 | 23:59 |

Table 1; Shirvaikar Decl. at ¶25. Here, the "MDParametersID" column contains the unique identifiers of the metadata parameter, '616 patent at 23:63-64, and "MDTypeID" refers to the Metadata types, which are fully described in a separate Metadata types table. '616 patent at 23:67-68 and Table 2; Shirvaikar Decl. at ¶25. The "SrcID" column refers to the Sources table, which describes the devices (such as video cameras and card readers) used by the correlation engine. '616 patent at 23:68-24:2 and Table 4; Shirvaikar Decl. at ¶25. The specification provides a number of examples to illustrate the functionality of the Metadata parameters table and its relationship among the other tables. One example is as follows:

> For example, the row "MDParametersID=6" corresponds to an event with a nickname "Motion in Camera 1." This event has "MDTypeID=1", which by examining Table 2 corresponds to a motion event. It has "SrcID=1", which by examining Table 4 corresponds to Camera 1 located in a lobby. Based on "MD_TimeStart" and "MD_TimeEnd", this event is only being monitored and recorded between the hours of 5:00 PM (17:00) and 8:00 AM (8:00) to protect privacy or to follow a business rule.

'616 patent at 24:6-14; Shirvaikar Decl. at ¶25.

21. When the rule evaluation module 214 retrieves the events in the events database, it does so in accordance with a set of rules from a rules database 216. '616 patent at 12:66-13:1; Shirvaikar Decl. at ¶26. An exemplar Rules table from the rules database is depicted as follows:

TABLE 5

| | | | | | |
|---|---|---|---|---|---|
| | | | Rules table | | |
| RuleID | Nickname | MDParamterID | ThresholdValue | ContactID | MsgTxt |
| 1 | Alert 1 | 6 | null | 4 | Motion in lobby during forbidden hours |
| 2 | Tailgating SR | 12 | null | 1 | Tailgating in server room |
| 3 | Global Alert | null | 61 | 7 | Null |
| 4 | Stolen Plate | 15 | null | 2 | Stolen plate detected in parking lot |
| 5 | Camera 1 goes down | 16 | null | null | Camera 1 has lost connection! |

Table 5; Shirvaikar Decl. at ¶26. An exemplar description of an alert defined in

Table 5 is provided by the specification:

> In the sample Rules table shown in Table 5, "AlertID" is a primary key uniquely identifying each rule, "Nickname" provides a nickname for each rule, "MDParameterID" specifies which event (including primitive or compound events) that triggers the alert (or null if a system-wide alert), "ThresholdValue" specifies a threshold value which triggers an alert (for correlated system-wide alerts, or null if an event-based alert), "ContactID" specifies the group, or individual, that will receive the alert, or the set of actions that will be triggered by the alert, and "MsgTxt" specifies the text of the message sent on an alert. "ContactID" is a foreign key into another table (not shown) that specifies the list of recipients or the list of actions to be performed when the alert corresponding to "ContactID" is triggered.

'616 patent at 31:34-37; Shirvaikar Decl. at ¶26.

22.     The above description of the database tables is only a summary. The

specification's "Database Design" section describes in great detail these and various

other database tables, as well as the relationships among them. Tables 1-7;

Shirvaikar Decl. at ¶27.

23.     Based on the evaluation of rules by the rule evaluation module 214,

the correlation engine issues alerts or performs other appropriate actions. '616

patent at 13:4-6; Shirvaikar Decl. at ¶28. These alerts may be issued in real-time in response to the correlation exceeding a particular threshold. '616 patent at 38:35-52; Shirvaikar Decl. at ¶28. Sets of specific conditions may also be specified, and alerts and other actions can be configured to be triggered only when a certain set of conditions are met. Shirvaikar Decl. at ¶28.

24.    Further, actions can be configured to be triggered based on "accumulated value of multiple events across space and time." '616 patent at 38:53-56; Shirvaikar Decl. at ¶29. Although the specification provides that various equations may be used, it provides three examples of such equations:

$$a_1 : \sum_{i=1}^{i=N} w_i \cdot x_i + \sum_{i=1}^{m} w_i \cdot v_i \geq \tau_1$$

$$a_2 : \sum_{i=1}^{i=N} w_i \cdot x_i + \sum_{i=1}^{m} w_i \cdot v_i \geq \tau_2$$

$$\ldots$$

$$a_n : \sum_{i=1}^{i=N} w_i \cdot x_i + \sum_{i=1}^{m} w_i \cdot v_i \geq \tau_n$$

'616 patent at 39:1-13; Shirvaikar Decl. at ¶29. In these equations, "a" indicates an action, "w" indicates attribute weights, "x" indicates non-video events, and "v" indicates video events. '616 patent at 28:60-62. These equations "could represent a hierarchy of actions that would be activated for different threshold scenarios." '616 patent at 28:62-64; Shirvaikar Decl. at ¶29.

25.    The Asserted Patents also describe a Hierarchical Storage Manager (HSM) for intelligent storage of large volumes of data created by security and surveillance applications. Figure 4; Shirvaikar Decl. at ¶30.



Figure 4 (rotated); Shirvaikar Decl. at ¶30. The HSM resolves a problem that arises

from the sheer volume of sensor data in smart surveillance systems. Routine

operation of the sensors in the claimed invention generate large amounts of data.

'616 patent at 14:63-15:22; Shirvaikar Decl. at ¶30. "For example, a typical 3-Mega-

pixel digital surveillance camera generates images of approximately 280 Kbytes per

second per frame. If the camera were running at 5 frames per second, it would

generate approximately 60 GB per day. . . In a typical application having 100 surveillance cameras around a particular facility, this translates to 6 TB per day… or approximately 2,000 TB per year." Shirvaikar Decl. at ¶30. "Ideally, requested data should be retrieved at the fastest rate and this is possible only if all of the data is available on high-speed devices at all the time, but this is beyond the ability of most organizations." Shirvaikar Decl. at ¶30. HSM enables data to be moved from a faster storage medium (like cache) to a slower storage medium (such as tape). '616 patent at 15:23-44; Shirvaikar Decl. at ¶30. One of the benefits of Hierarchical Storage is that "performance is improved as unused data is moved to lower level storage devices and frees up higher level (faster) storage devices, thus increasing overall system performance." Shirvaikar Decl. at ¶30. The Patent discloses particular ways of "cascading" storage.

26.     One embodiment is illustrated by video data. '616 patent at 15:48-61; Shirvaikar Decl. at ¶31. A video data segment is stored by its importance ("Y"), which may be calculated as weighted attributes of the data (including attributes of the camera). '616 patent at 15:62-66; Shirvaikar Decl. at ¶31. Such attributes include resolution of the data ("R"); reliability of the source (such as whether derived from a "video tip", "RS"); age of camera ("A"); location of camera ("L"); time since video was last accessed ("TS"); time of collection ("TM") and whether the data includes a "primitive event," along with attributes of the data. '616 patent at 15:66-16:17; Shirvaikar Decl. at ¶31. A "primitive event" is an "atomic, indivisible event[s] from any subsystem," such as people entering a designated area, a package left

behind in an area, a gunshot detected, a count of the number of cleaning people entering a building at a certain time, locks on gates not engaged, and so on. '616 patent at 7:62-8:13; Shirvaikar Decl. at ¶31.

27.    The importance of the video data segment may be calculated as a weighted average, as shown in the equation ($a_i$ is the attribute of the data and $w_i$ is the relative weight):

$$Y = \sum_{i=1}^{i=N} w_i a_i$$

'616 patent at 16:25-29; Shirvaikar Decl. at ¶31.

28.    For example, in a case of six attributes to a particular video data segment, each weighted equally, the importance is calculated as "Y=(L+R+A+RS+TM+TS)/6." '616 patent at 16:45-49. Depending on the value of Y, the video data may be stored in the highest or other lower storage hierarchy. '616 patent at 16:61-17:18; 19:11-18; Shirvaikar Decl. at ¶32. When a given hierarchical level becomes nearly full, the video segments of lowest importance are automatically cascaded to free space to accommodate new data. Shirvaikar Decl. at ¶32. A hierarchical storage manager (HSM) 401 manages the storage of the video data segments and their corresponding locations. citing '616 patent at 17:55-59; Shirvaikar Decl. at ¶32. The stored events may be later queried and retrieved from the appropriate hierarchy and migrated to a faster location for processing. Shirvaikar Decl. at ¶32.

29. The HSM system is complex and implements the following functions and sub-systems or a sub-set thereof, as described in detail in the patent: (a) storage hierarchy including on-site and off-site (network or cloud based) storage of various speeds and cost; (b) HSM Migration: data migration policy between different levels codified by preset mathematical rules or operator override; (c) HSM Archiving: archival of data to slower or remote storage based on importance or frequency of use; (d) HSM Rules Engine: automated control or change of data storage location based on predefined policy rules being triggered; and (e) HSM Audit Trails: storage of an audit record including information about each data access event to enhance data privacy. Shirvaikar Decl. at ¶33. In summary, the HSM provides a detailed formal design and framework of operation to handle the large amounts of data produced by security and surveillance systems. Shirvaikar Decl. at ¶33.

## IV. The Asserted Patents are Inventive Concepts Under *Alice*

30. The Asserted Patents are in the same family of patents. SecureNet, the applicant, filed a patent application that issued as U.S. Patent No. 9,934,616 (the "'616 Patent") after June 2014 when the U.S. Supreme Court decided *Alice Corp. Party Ltd. v. CLS Bank, Int'l*, 573 U.S. 208, 216 (2014) ("*Alice*"). The '616 patent issued on May 17, 2016.

31. In *Alice*, the Supreme Court outlined three narrow exceptions to patent eligibility ("laws of nature, natural phenomena and abstract ideas") and established a test for determining patent eligibility. *Id.* Under *Alice*, 'inventive concepts' sufficient to 'transform' the claimed abstract idea are eligible for patentability. *Id.*

19

Whether a patent contains an 'inventive concept' entails consideration of the elements of each claim "both individually and as an ordered combination to determine whether they involve more than the performance of well-understood, routine, and conventional activities" to those skilled in the art at the relevant time. *Id.*

32.    During prosecution of the '616 patent in a November 4, 2015 interview, the applicant discussed with the Patent Examiner whether this patent would be eligible as an "inventive concept" under the test set forth in *Alice* and under 35 U.S.C. §101.

33.    The applicant also addressed *Alice* during the prosecution of each of U.S. Patent Nos. 10,862,744 and 11,323,314, confirming the patentability of the issued claims under 35 U.S.C. §101.

34.    The prosecution histories for the Asserted Patents are useful to show that certain limitations—either alone or in combination—constitute "inventive concepts" over the then-existing prior art. Specifically, in Step 2 of the *Alice* assessment of the Asserted Patents, the Applicant identified the following ideas as "inventive concepts," *either as alone or in combination*:

> evaluating one more historical correlations by automatically analyzing said stored sensory events, ***across at least one of time and space,*** for one or more historical correlations stored among the sensory events; monitoring continuously and in-real time the primitive sensory events from one or more sensors based on the one or more historical correlations to identify one or more critical events . . . sending one or more alerts based on at least one of said critical events and said network failures events," which is an unconventional improvement of

the state of the art at the time the applicant filed as evidence by the
prior art cited in the IDS.

'616 Prosecution History (emphasis in original).

35.    During the prosecution of the applications that issued as the Asserted

Patents, the applicant confirmed the patentability of the inventions under each of

Sections 101, 102, 103, and 112 of Title 35.

36.    Attached hereto as **Exhibit B** is the declaration of Richard C. Helfers,

Ph. D. ("Helfers Dec.") Dr. Helfers is a professor of criminal justice with decades of

experience in policing and security-related work.

37.    Dr. Helfers explains that the Asserted Patents are not directed at the

kinds of duties that security guards perform. Rather, the patents are directed at

problems that exist within the realm of computers-problems that security guards

have never been tasked with performing. Helfers Dec. at ¶8. He furthers that, the

Asserted Patents account for disparate qualities of data obtained from different

sensors, by weighting the "attribute data" of the sensors. *Id.* at ¶9. Security guards,

on the other hand, do not typically interact with "attribute data of the sensors," or

use attribute data to "weight" primitive events as required by the '744 patent. *Id.*

These issues exist within the realm of computerized security systems. *Id.* at ¶10.

38.    He further explains that, "[w]hile it is true that security guards utilize

computerized security systems and information from security systems, they have

not done so in the manner described and claimed in the patents." *Id.* "For example,

security guards typically have no information on the attribute data of a given

sensor. A security guard typically has no information on when a given sensor was

last maintained, for example, which is one type of attribute data described in the patent specification." *Id.* "This type of attribute data is usually stored in databases accessible by IT personnel only, and is not the kind of data that security guards have access to, much less take into account during their day-to-day functions of monitoring security systems." *Id.* "Similarly, security guards typically have no access to other technical attribute data of sensors, such as a reliability of a bandwidth or power going to a given sensor, which again is a type of attribute data described and claimed in the patents, which only IT personnel typically have access to, not security guards." *Id.*

39.    Dr. Helfers also clarifies that "security guards could not reasonably take into account attribute data such as sensor age, reliability, and power level for each sensor in a complex security system that contains hundreds, or even thousands of different sensors of different types in multiple locations (e.g., cameras, motion detectors, noise detectors, card swipes, door openings, smoke alarms, photobeam alarms, and much more), with different methods of communication and types of networking to the control center (e.g., radio frequency, microwave, optical cable)." *Id.*

40.    He states further that, the Asserted Patents are directed at solving "correlating data obtained from different types of sensors located in different geographical locations." *Id.* at ¶11. "Although security guards certainly do observe video monitors that display scenes from video cameras in different locations, they do not perform the type of 'correlation' at which the patents are directed." *Id.* "Rather,

the correlation described in the patents can only be performed by computers capable of processing digital data, such as the 'attribute data' of sensors that is used in correlating the events." *Id.* "For example, claims of the '744 patent discuss generating new rules based on the correlated primitive events and the actions taken, so that future events can be more accurately correlated, with the appropriate actions being undertaken automatically." *Id.*

41.     Dr. Helfers concludes that the type of correlation disclosed by the patents exists solely within the realm of computerized security systems whereas security guards simply observe their surroundings and video monitors in order to respond to threats; they do not "correlate" events "weighted by attribute data," and do not "generate" new "rules" that are followed automatically. *Id.*

42.     Dr. Helfers illustrates that, for example, "security guards are stationed at different physical locations on a sprawling university or corporate campus, change shifts, and are laid off or fired. There is no proper sense in which any security guard can—or in practice does—correlate data across disparate geographical locations or points in time—as claimed in the patents." *Id.* at ¶12. He explains, that his "understanding of the invention is that it provides a novel way of correlating across space and time what has heretofore not been possible nor performed by any security guards." *Id.*

43.     Dr. Helfers further explains that, "[y]et another problem that the patents are directed at solving is comparing data originating from different types of sensors and security systems, which may use disparate protocols, each with its own

proprietary data format. The patents address this problem by 'normalizing' this data so that it can be effectively compared. Security guards do not perform this function. Security guards are generally not familiar with, much less involved in, accounting for discrepancies among various digital protocols and data formats used by sensors and security systems, which is what the 'normalization' limitation of the Asserted Patents address." *Id.* at ¶13.

44. For example, "security guards are used to using a disparate array of 'siloed' computerized security systems that do not 'talk' to each other. This leaves the security guards with a disorganized array of incompatible and confusing data. The disparate computerized security systems historically available to security guards may often cause more confusion, and obfuscate the real threat, rather than illuminate it. In contrast, the claimed invention utilizes a computerized correlation engine that takes data from multiple sources that have been normalized by a normalization engine, which transforms the data from various unrelated security systems into a coherent picture for the security guards to then take action on. This is not something that was available to security guards previously." *Id.*

Dr. Helfers summarizes that an "individual could not perform the patents' functions mentally or with pen and paper. The patents describe problems and solutions existing within the realm of computerized security systems; it would not be possible to reduce the patents' claimed functionality to paper or to mental processes. It is not part of the job of a security guard, much less routine, to perform

24

the kinds of complex and computerized correlations of normalized sensory data as described and claimed in these patents." *Id.* at ¶14.

## V.     Milestone Product Offerings

45.     Defendant offers software linking data from various sensors, storage, analytics, and services to enable its customers to deploy systems and methods that practice SecureNet's claimed inventions.

46.     Milestone sells the XProtect software which works in conjunction with its recently acquired Briefcam video analytics software and the Arcules Videos Surveillance as a Service ("VSaaS") platform. Milestone is now providing a "united Milestone Produce Portfolio."

47.     Moreover, Milestone sells hardware such as the Husky IVO, video surveillance appliance that is optimized for the XProtect VMS software.

48.     It also works with video analytics providers including, Bosch, Briefcam, and viisights that provide Milestone-configured extensions expressly for the Milestone XProtect software.

49.     Each of the Accused Products incorporates SecureNet's inventions.

### A.     Background of the XProtect VMS

50.     Cameras must be connected to the network on which the XProtect is installed. The cameras can be accessed from the computer on which the XProtect system is installed. Getting Started Guide. – Single Computer Installation|XProtect VMS 2023 R3 at 8.

51.     Before the XProtect VMS can fully operate, a user must assign static IP Addresses or use a Dynamic Host Configuration Protocol, that automatically assigns IP addresses and other network configuration details to devices on a network. The protocol simplifies network management by eliminating the need for manual configuration of each device. Instead of manually assigning IP addresses, DHCP servers dynamically lease IP addresses from a pool to devices as they connect to the network. Getting Started Guide. – Single Computer Installation|XProtect VMS 2023 R3 at 9.

52.     A recording server on the network, which must be able to connect to the cameras, retrieves video streams from the camera, which results in a constant load on the network. Clients that display video consume network bandwidth. Archiving of recorded data is an optional feature that lets the system move recordings to a network storage if there is not enough space in the internal storage system of the computer. This is a scheduled job that a user must be define. Typically, a user archives to a network drive which makes it a scheduled dynamic load on the network. The network must have bandwidth headroom to cope with peaks in traffic to enhance the system responsiveness and general user experience. Getting Started Guide. – Single Computer Installation|XProtect VMS 2023 R3 at 9, 10.

53.     The recording server stores retrieved audio and video data in the tailor-made high-performance media database optimized for recording and storing audio and video data. The media database supports various unique features like

26

multistage archiving, video grooming, encryption, and adding a digital signature to the recordings. Administrator Manual | XProtect VMS 2023 R3 at 36.

54.     The event server handles various tasks related to events, alarms, and maps and perhaps also third-party integrations via the MIP SDK. All system events are consolidated in the event server so there are one place and interface for partners to make integrations that utilize system events, Furthermore, the event server offers third-party access to sending events to the system via the Generic events or Analytics events interface. The event server hosts the alarm feature, alarm logic, alarm state as well as handling the alarm database. The alarm database is stored in the same SQL Server database that the management server uses. Message communication is handled by the event server, allowing plugins to send messages in real time between environments, such as XProtect Smart Client, Management Client, event server and standalone services. The event server also hosts the maps that are configured and used in XProtect Smart Client. Finally, third-party-developed plug-ins can be installed on the event server and utilize access to system events. Administrator Manual | XProtect VMS 2023 R3 at 38.

55.     The XProtect Management Client is a feature-rich administration client for configuration and day-to-day management of the system. XProtect Smart Client is a desktop application designed to help a user manage its IP surveillance cameras. It provides intuitive control over security installations by giving users access to live and recorded video, instant control of cameras and connected security devices, and the ability to make advanced searches for recordings and metadata.

Using the MIP SDK, users can integrate various types of security and business systems, and video analytics applications, which are managed through XProtect Smart Client. XProtect Smart Client must be installed on operators' computers. Surveillance system administrators manage access to the surveillance system through the Management Client. Recordings viewed by clients are provided by your XProtect system's Image Server service.  The service runs in the background on the surveillance system server. Separate hardware is not required. Administrator Manual | XProtect VMS 2023 R3 at 38-39.

56.     Milestone has developed various extensions. Extensions are products that extend the XProtect VMS products' functionality with additional specialized functionality.

57.     The XProtect Access extension makes it simple to integrate customers' access control systems with XProtect which provides a common operator user interface for multiple access control systems in XProtect Smart Client and provides live monitoring of events at access points; alarm definitions for access control events; investigation of events at access points; and cardholder information and management. Apart from a XProtect Access base license, a user needs a vendor-specific integration plug-in installed on the event server before the extension is integrated. Administrator Manual | XProtect VMS 2023 R3 at 48-49.

58.     XProtect Incident Manager is an extension that enables organizations to document incidents and combine them with sequence evidence (video and,

28

potentially, audio) from the XProtect VMS. Administrator Manual|XProtect VMS 2023 R3 at 49.

59.     XProtect LPR offers video-based content analysis (VCA) and recognition of vehicle license plates that interacts with a user's surveillance system and XProtect Smart Client. To read the characters on a plate, XProtect LPR uses optical character recognition on images aided by specialized camera settings. A user can combine LPR (license plate recognition) with other surveillance features such as recording and event-based activation of outputs. Examples of events in XProtect LPR: trigger surveillance system recordings in a particular quality; activate alarms; match against positive and negative match lists; open gates; switch on lights; push video of incidents to computer screens of particular security staff members; send mobile phone text messages. With an event, a user can activate alarms in XProtect Smart Client. Administrator Manual|XProtect VMS 2023 R3 at 50.

60.     XProtect Transact is a tool for observing ongoing transactions and investigating transactions in the past. The transactions are linked with the digital surveillance video monitoring the transactions, for example to help prove fraud or provide evidence against a perpetrator. There is a 1-to-1 relationship between the transaction lines and video images. The transaction data may originate from different types of transaction sources, typically point of sales (PoS) systems or automated teller machines (ATM). Administrator Manual|XProtect VMS 2023 R3 at 52.

61.     XProtect Hardware includes the physical unit that connects directly to the recording server of the surveillance system via IP, including a physical camera that has devices that represent the camera part (lenses) as well as microphones, speakers, metadata, input and output either attached or built-in; a video encoder that has multiple analog cameras connected that appear in one list of devices that represent the camera  part (lenses) as well as microphones, speakers, metadata, input and output either attached or built-in; an I/O module has devices that represent the input and output channels for, for example, lights; and a dedicated audio module has devices that represent microphones and speaker  inputs and outputs. Administrator Manual | XProtect VMS 2023 R3 at 54.

62.     A user can set up the system to receive microphone-specific events that trigger relevant actions. Metadata devices deliver data streams to the system that the client users can use to view data about data, for example, data that describes the video image, the content or objects in the image, or the location of where the image was recorded. Metadata can be attached to cameras, microphones, or speakers. Metadata can be generated by the device itself delivering the data, for example a camera that is delivering video or a third-party system or integration via a generic metadata driver. The device-generated metadata is automatically linked to one or more devices on the same hardware. Administrator Manual | XProtect VMS 2023 R3 at 54.

63.     On many devices, you can attach external units to input ports on the device. Input units are typically external sensors. You can use such external

30

sensors, for example, for detecting if doors, windows, or gates are opened. Input from such external input units is treated as events by the system. You can use such events in rules. For example, you could create a rule specifying that a camera should begin recording when an input is activated, and stop recording 30 seconds after the input is deactivated. A user can benefit from grouping different types of devices (cameras, microphones, speakers, metadata, inputs, and outputs) on a system. When dealing with rules, you can apply a rule for all devices within a device group in one go. Administrator Manual | XProtect VMS 2023 R3 at 56.

64.     On the XProtect Storage tab, a user can set up, manage and view storages for a selected recording server. When a camera records video or audio, all specified recordings are by default stored in the storage defined for the device. Each storage consists of a recording storage that saves recordings in the recording database. A storage has no default archive(s), but a user can create these. An example is illustrated below. Administrator Manual | XProtect VMS 2023 R3 at 57-58.



65. When a user archives recordings, they are stored in a certain sub-directory structure within the archive. In each of the recording server's archive directories, the system automatically creates separate sub-directories. These sub-directories are named after the name of the device and the archive database. Even further sub-directories are automatically added. The amount and nature of these sub-directories depend on the nature of the actual recordings. For example, several different sub-directories are added if the recordings are technically divided into sequences. This is often the case if the system used motion detection to trigger recordings, as follows:

Media: This folder contains the actual media that is either video or audio (not both).

Motion Level: This folder contains motion level grids generated from the video data using our motion detection algorithm. This data allows the Smart Search feature in XProtect Smart Client to do very fast searches.

Motion: In this folder, the system stores motion sequences. A motion sequence is a time slice for which motion has been detected in the video data. This information is, for example, used in the time line in XProtect Smart Client. Administrator Manual | XProtect VMS 2023 R3 at 58-62.

66.    Rules specify actions to carry out under particular conditions. For example,: When motion is detected (condition), a camera should begin recording (action).

67.    The following are examples of actions associated with rules:

- Start and stop recording

- Set non-default live frame rate

- Set non-default recording frame rate

- Start and stop PTZ patrolling

- Pause and resume PTZ patrolling

- Move PTZ cameras to specific positions

- Set output to activated/deactivated state

- Send notifications via e-mail

- Generate log entries

- Generate events

- Apply new device settings, for example a different resolution on a camera

- Make video appear in Matrix recipients

- Start and stop plug-ins

- Start and stop feeds from devices

68.     A rule's complexity depends on the type of rule and on the number of devices available on the system. Rules provide a high degree of flexibility: a user can combine event and time conditions, specify several actions in a single rule, and very often create rules covering several or all the devices on a system.

- Very Simple Time-Based Rule: On Mondays between 08.30 and 11.30 (time condition), Camera 1 and Camera 2 should start recording (action) when the time period begins  and stop recording (stop action) when the time period ends.

- Very Simple Event-Based Rule: When motion is detected (event condition) on Camera 1, Camera 1 should start recording (action) immediately, then stop recording (stop action) after 10 seconds. Even if an event-based rule is activated by an event on one device, a user can specify that actions should take place on one or more other devices.

- Rule Involving Several Devices: When motion is detected (event condition) on Camera 1, Camera 2 should start recording (action) immediately, and the siren connected to Output 3 should sound (action) immediately. Then,

after 60 seconds, Camera 2 should stop recording (stop action), and the siren connected to Output 3 should stop sounding (stop action).

- Rule Combining Time, Events, and Devices: When motion is detected (event condition) on Camera 1, and the day of the week is Saturday or Sunday (time condition), Camera 1 and Camera 2 should start recording (action) immediately, and a notification should be sent to the security manager (action). Then, 5 seconds after motion is no longer detected on Camera 1 or Camera 2, the 2 cameras should stop recording (stop action).

69.    Rules are a central element in your system. Rules determine highly important settings, such as when cameras should record, when PTZ cameras should patrol, when notifications should be sent, etc. Example - a rule specifying that a particular camera should begin recording when it detects motion, Administrator Manual | XProtect VMS 2023 R3 at 78:



```
Perform an action on Motion Start
    from Camera 2
start recording 3 seconds before on the device on which event occurred

Perform stop action on Motion End
    from Camera 2
stop recording immediately
```

70.    Some hardware can create events themselves, for example to detect motion. A system can use these as events but they must be configured on the hardware before the event can be used in the system. A system may only be able to use the events listed on some hardware as not all types of cameras can detect

tampering or temperature changes. Administrator Manual | XProtect VMS 2023 R3 at 470.

71.    Motion detection configuration is a key element in a system: The motion detection configuration determines when the system generates motion events and typically also when video is recorded. Time spent on finding the best possible motion detection configuration for each camera helps later avoid, for example, unnecessary recordings. Depending on the physical location of the camera, it may be a good idea to test motion detection settings under different physical conditions such as day/night and windy/calm weather. A user can specify settings related to the amount of changes required in a camera's view in order for the change to be regarded as motion, including specifying intervals between motion detection analysis and areas of a view in which motion should be ignored. The accuracy of the motion detection and thereby the load on system resources can be adjusted. Administrator Manual | XProtect VMS 2023 R3 at 240.

72.    The system permits a user to manually set the sensitivity to define motion. The sensitivity setting determines how much each pixel in the image must change before it is regarded as motion. In the Site Navigation pane, select Devices, and then select Cameras. Select the relevant camera in the Overview pane. Select the Motion tab's Manual Sensitivity check box. Drag the slider to the left for a higher sensitivity level, and to the right for a lower sensitivity level. The higher the sensitivity level, the less change is allowed in each pixel before it is regarded as motion. The lower the sensitivity level, the more change in each pixel is allowed

36

before it is regarded as motion. Pixels in which motion is detected are highlighted in green in the preview image. Select a slider position in which only detections you consider motion are highlighted. Administrator Manual | XProtect VMS 2023 R3 at 240-41, 434.



The black vertical line in the motion indication bar shows the motion detection threshold: When detected motion is above the selected detection threshold level, the bar changes color from green to red, indicating a positive detection.



Motion indication bar: changes color from green to red when above the threshold, indicating a positive motion detection.

You can define as many exclude regions as needed. Excluded regions appear in blue:





73.    Process image every (msec):Select an image processing interval in this list to determine how often the system performs the motion detection analysis. For example, every 1000 milliseconds are once every second.  Default value is every 500 milliseconds. The interval is applied if the actual frame rate is higher than the interval set here. Administrator Manual | XProtect VMS 2023 R3 at 435.

74.    Select a detection resolution in this list to optimize motion detection performance. Only the selected percentage of the image is analyzed, for example 25%. By analyzing 25%, only every fourth pixel in the image is analyzed instead of all pixels. Using optimized detection reduces the amount of processing power used

to carry out the analysis, but also means a less accurate motion detection. Administrator Manual|XProtect VMS 2023 R3 at 435.

    75.    Configurable events from hardware are automatically imported from device drivers. This means that they vary from hardware to hardware, Administrator Manual|XProtect VMS 2023 R3 at 435.

**Hardware - Predefined events:**

| Event | Description |
|---|---|
| **Communication Error (Hardware)** | Occurs when a connection to the hardware is lost. |
| **Communication Started (Hardware)** | Occurs when communication with the hardware is successfully established. |
| **Communication Stopped (Hardware)** | Occurs when communication with the hardware is successfully stopped. |

**Devices - Predefined events:**

| Event | Description |
|---|---|
| **Bookmark Reference Requested** | Occurs when a bookmark is made in live mode in the clients. Also, a requirement for using the Default record on bookmark rule. |
| **Communication Error (Device)** | Occurs when a connection to a device is lost, or when an attempt is made to communicate with a device, and the attempt is unsuccessful. |
| **Communication Started (Device)** | Occurs when communication with a device is successfully established. |
| **Communication Stopped (Device)** | Occurs when communication with a device is successfully stopped. |

76.     Configurable events are not triggered until they are added to the system and configured on the Event tab for hardware. Some of the configurable events also require that the user configure the camera or other hardware itself.

77.     System monitor events are triggered by exceeded thresholds values configured in the System Monitor Thresholds node, Administrator Manual | XProtect VMS 2023 R3 at 477.

**System Monitor - Server:**

| Event | Description |
|---|---|
| CPU usage critical | Occurs when the CPU usage exceeds the critical CPU threshold. |
| CPU usage normal | Occurs when the CPU usage falls back below the warning CPU threshold. |
| CPU usage warning | Occurs when the CPU usage exceeds the warning CPU threshold or falls back below the critical CPU threshold. |

78.     Events are central elements when using the Manage Rule wizard. In the wizard, events are primarily used for triggering actions. For example, a company can create a rule which specifies that in the event of detected motion, the surveillance system should take the action of starting recording of video from a particular camera. Rules are a central element in the system. The behavior of a surveillance system is to a very large extent determined by rules. When creating a rule, you can work with all types of events

- Notification profiles: You can use notification profiles to set up ready-made email notifications, which can automatically be triggered by a rule, for example when a particular event occurs

- User-defined events: User-defined events are custom-made events that makes it possible for users to manually trigger events in the system or react to inputs from the system

- Analytics events: Analytics events are data received from external third-party video content analysis (VCA) providers. You can use analytics events as basis for alarms

- Generic events: Generic events allow you to trigger actions in the XProtect event server by sending simple strings  via the IP network to your system, Administrator Manual|XProtect VMS 2023 R3 at 79.

79. Notification profiles allow you to set up ready-made email notifications. Notifications can automatically be triggered by a rule, for example when a particular event occurs. When you create the notification profile, you specify the message text and decides if you want to include still images and AVI video clips in the email notifications. Administrator Manual|XProtect VMS 2023 R3 at 80-81.

80. A user can specify properties for each event added. The number of properties depends on the device and the event. In order for the event to work as intended, a user must specify some or all of the properties identically on the device as well as on the [Events] tab. To be able to specify different properties for different instances of an event, you can add an event more than once. As an example, a user has configured a camera with two motion windows, called A1 and A2. The user has added two instances of the Motion Started (HW) event. In the properties of one instance, the user has specified the use of motion window A1. In the properties of

42

the other instance, the user has specified the use of motion window A2. When the event is in a rule, the user can specify that the event should be based on motion detected in a specific motion window for the rule to be triggered, Administrator Manual|XProtect VMS 2023 R3 at 254:



81.    If the event required is not on the Events Overview list, a user can create its own user-defined events. Use such user-defined events to integrate other systems with the surveillance system. With user-defined events, a user can use data received from a third-party access control system as events in the system. The events can later trigger actions. This way, a user can, for example, begin recording video from relevant cameras when somebody enters a building. A user can also use user-defined events for manually triggering events while viewing live video in XProtect Smart Client or automatically if you use them in rules. For example, when user-defined event 37 occurs, PTZ camera 224 should stop patrolling and go to preset position 18. Also, user-defined events can via API be associated with metadata, defining certain devices or device groups. This is highly usable when using user-defined events to trigger rules: a company avoids having a rule for each device, basically doing the same thing. Example: A company uses access control, having 35 entrances, each with an access control device. When an access control

43

device is activated, a user- defined event is triggered in the system. This user-defined event is used in a rule to start recording on a camera associated with the activated access control device. It is defined in the metadata which camera is associated with what rule. This way the company does not need to have 35 user-defined events and 35 rules triggered by the user-defined events. A single user-defined event and a single rule are enough. Administrator Manual|XProtect VMS 2023 R3 at 81-82.

82.    Analytics events are typically data received from an external third-party video content analysis (VCA) provider. Using analytics events as basis for alarms is basically a three step process: Part one, enabling the analytics events feature and setting up its security. Part two, creating the analytics event, possibly with a description of the event, and testing it. Part three, using the analytics event as the source of an alarm definition. To use VCA-based events, a third-party VCA tool is required for supplying data to the system. Which VCA tool to use is entirely up to you, as long as the data supplied by the tool adheres to the Milestone format. This format is explained in the MIP SDK Documentation on analytics events. Administrator Manual|XProtect VMS 2023 R3 at 82.

83.    Generic events allow a system to trigger actions in the XProtect event server by sending simple strings via the IP network to your system. A company can use any hard- or software, which can send strings via TCP or UDP, to trigger generic events. The system can analyze received TCP or UDP data packages, and automatically trigger generic events when specific criteria are met. This way, the

company may integrate its system with external sources, for example access control systems and alarm systems. The aim is to allow as many external sources as possible to interact with the system.

84.     The same data package may be analyzed for different events. The ability to assign a priority to each event lets a user manage which event should be triggered if a received package matches the criteria for several events. When the system receives a TCP and/or UDP package, analysis of the packet starts with analysis for the event with the highest priority. This way, when a package matches the criteria for several events, only the event with the highest priority is triggered. If a package matches the criteria for several events with an identical priority, for example two events with a priority of 999, all events with this priority are triggered. Administrator Manual|XProtect VMS 2023 R3 at 496.

85.     With the concept of data sources, a company can avoid having to adapt third-party tools to meet the standards of your system. With data sources, a system, can communicate with a particular piece of hard- or software on a specific IP port and fine-tune how bytes arriving on that port are interpreted. Each generic event type pairs up with a data source and makes up a language used for communication with a specific piece of hard- or software. Working with data sources require general knowledge of IP networking and specific knowledge of the individual hard- or software  you want to interface from. There are many parameters a company can use and no ready-made solution on how to do this. Basically, the system provides the tools, but not the solution. Unlike user-defined events, generic events have no

authentication. This makes them easier to trigger but, to avoid jeopardizing security, only events from local host are accepted. Administrator Manual|XProtect VMS 2023 R3 at 83.

86.     Based on functionality handled in the event server, the alarms feature provides central overview, control and scalability of alarms in any number of installations (including any other XProtect systems) throughout an organization. A system can be configured to generate alarms based on either: Internal system related events (motion, server responding/not responding, archiving problems, lack of disk space and more) or External integrated events (analytics events, typically data received from an external third-party video content analysis (VCA) providers or MIP plug-in events (for example, integration to external access control systems or similar). An example set up is below. Administrator Manual|XProtect VMS 2023 R3at 85.



Legend:

1. Surveillance system
2. Management Client
3. XProtect Smart Client
4. Alarm configuration
5. Alarm data flow

      87.    The system can monitor the status of devices on the network, as

indicated below, Administrator Manual | XProtect VMS 2023 R3at 423:

**Status icons of devices**

When you select a device, information about the current status appears in the **Preview** pane. The following icons indicate the status of the devices:

| Camera | Microphone | Speaker | Metadata | Input | Output | Description |
|--------|-----------|---------|----------|-------|--------|-------------|
|  |  |  |  |  |  | **Device enabled and retrieving data**: The device is enabled and you retrieve a live stream. |
|  |  |  |  | | | **Device recording**: The device is recording data on the system. |
|  |  |  |  |  |  | **Device temporarily stopped or has no feed**: When stopped, no information is transferred to the system. If it is a camera, you cannot view live video. A stopped device can still communicate with the recording server for retrieving events, setting settings etc., as opposed |

88.     A user can combine events from System Monitor and rules to trigger actions, for example, when a server's CPU usage is critical, or a disk is running out of free space, Administrator Manual | XProtect VMS 2023 R3at 554.

89.     An XProtect Management Client Interface illustrates a listing of cameras and their associated IP addresses Getting Started Guide. – Single Computer Installation | XProtect VMS 2023 R3 at 18:

**Management Client interface**



B.    **Receiving, capturing, processing sensory data.**

90.    Claim 13 of the '098 patent's preamble and first element include the following: 13. A safety method, comprising the steps of: capturing sensory data from one or more sensors.

91.    Claim 34 of the '926 patent's preamble and first element include the following: 34. A safety method, comprising the steps of: capturing sensory data from one or more sensors.

92.    Claim 48 of the '616 patent's preamble and first element include the following: 39. A non-transitory, physical storage medium storing computer-readable program code, the program code executable by a hardware processor, the program code when executed by the hardware processor causing the hardware processor to execute steps comprising: receiving sensory data about a physical environment from one or more sensors.

93.    Claim 22 of the '984 patent's preamble and first element include the following: 1. A monitoring system comprising a non-transitory, physical storage medium storing computer-readable program code, the program code executable by a hardware processor, the program code when executed by the hardware processor causing the hardware processor to execute steps comprising: receiving sensory data about a physical environment from one or more sensors.

94.    Claim 20 of the '987 patent's preamble and sensory and legacy system and network monitoring limitations are as follows: 20. A monitoring method, comprising steps of: receiving sensory data about a physical environment from one or more sensors . . . receiving IP data of the one or more sensors, wherein the IP data comprises at least an Internet Protocol (IP) address and a network status of at least one of the sensors; receiving legacy system data from one or more legacy systems;".

95.    Claim 16 of the '744 patent's preamble and sensor-data elements include the following: 1. A monitoring system comprising a non-transitory, physical storage medium storing computer-readable program code, the program code executable by a hardware processor, the program code when executed by the hardware processor causes the hardware processor to implement: a sensory event analytics module to receive sensory data about a physical environment from one or more sensors and to process the sensory data from the one or more sensors to detect one or more sensory events, wherein the one or more sensors comprises at least an Internet Protocol (IP) video camera, and wherein the one or more sensory events is

selected from the group consisting of a person detected, a face detected, a vehicle detected, and a license plate detected; . . . receiving IP data of the one or more sensors, wherein the IP data comprises at least an Internet Protocol (IP) address and a network status of at least one of the sensors; processing the sensory data from the one or more sensors to detect one or more primitive sensory events."

96.     Claim 11 of the '460 patent's preamble and first element include the following: 1. A monitoring system comprising a non-transitory, physical storage medium storing computer-readable program code, the program code executable by a hardware processor, the program code when executed by the hardware processor causes the hardware processor to implement: a primitive event analytics module adapted to receive sensory data about a physical environment from one or more sensors and for processing the sensory data from the one or more sensors to detect one or more primitive sensory events.

97.     Claim 13 of the '314 patent's preamble and first element include the following: "1. A non-transitory, physical storage medium storing computer-readable program code, the program code executable by a hardware processor, the program code when executed by the hardware processor causes the hardware processor to implement: receive one or more sensory events from a sensory event analytics module that receives sensory data about a physical environment from one or more sensors and processes the sensory data from the one or more sensors to detect the one or more sensory events, wherein the one or more sensors comprises at least an Internet Protocol (IP) video camera, and wherein the one or more sensory events are

51

selected from the group consisting of a face detected, a vehicle detected, a license plate detected, a size of an object, and a speed of an object."

98.     Claim 6 of the '870 patent's preamble and first element include the following: 1. A non-transitory, physical storage medium storing computer-readable program code, the program code executable by a hardware processor, the program code when executed by the hardware processor causes the hardware processor to implement: a receiver module to receive one or more sensory events from a sensory event analytics module that receives sensory data about a physical environment from one or more sensors and processes the sensory data from the one or more sensors to detect the one or more sensory events, wherein the one or more sensors comprises at least an Internet Protocol (IP) video camera, and wherein the one or more sensory events are selected from the group consisting of a face detected, a vehicle detected, and a license plate detected.

99.     The XProtect Software is a surveillance system designed to process and store sensory data.[2] It is configured to run on appliance, such as the Husky IVO appliance, or any other appliance configured for the XProtect Software. The XProtect VMS products are video management software designed for installations of all shapes and sizes. Whether a company wants to protect a store from vandalism or you want to manage a multi-site, high security installation, XProtect makes it

---

[2] https://doc.milestonesys.com/en-US/bundle/doc1040_2025r2/page/content/standard_features/sf_mc/sf_systemovervie w/mc_productoverview.htm

possible. The solutions offer centralized management of all devices, servers, and users, and provide an extremely flexible rule system driven by schedules and events. The system also includes fully integrated Matrix functionality for distributed viewing of video from any camera on your surveillance system to any computer with XProtect Smart Client installed.

100.    Below is an exemplary[3] distributed system setup, available at:



The elements of the above exemplary system include the following, which includes at least one IP video camera (10):

1.  Management Client(s)

2.  XProtect Smart Client(s)

3.  Server with SQL Server

---

[3] https://doc.milestonesys.com/en-US/bundle/doc1040_2025r2/page/content/standard_features/sf_mc/sf_systemoverview/mc_adistributedsystemset.htm

4.  Event server

5.  Microsoft cluster

6.  Management server

7.  Failover management server

8.  Failover recording server

9.  Recording server(s)

10. IP video cameras

11. Video encoder

12. Analog cameras

13. PTZ IP camera

14. Camera network

15. Server network

101. The XProtect VMS-- including when installed on the Husky IVO appliance or other similar appliance--includes the ability to incorporate analytics and capture sensor data that include the following: a person detected, a face detected, a vehicle detected, and a license plate detected using XProtect with its own extensions, with Briefcam, or Milestone video analytics partners such as Bosch and viisights. Moreover, the Milestone Accused Products monitor the network status of IP cameras [4] *See supra* ¶51(use of DHCP to lease IP addresses); ¶52 (load on network in capturing sensor data); ¶55 (general discussion of Milestone XProtect versions); ¶59 (XProtect LPR); ¶61 (connection to hardware such as camera, microphone to capture data); ¶¶71-74 (motion detection of a person); ¶¶ 87, 88

---

[4] https://doc.milestonesys.com/en-
US/bundle/doc1040_2025r2/page/content/standard_features/sf_mc/sf_mcnodes/sf_5r
ulesandevents/mc_analyticsevents_rulesandevents.htm

(monitoring status of hardware and devices, including use of a rule therewith); 89 (client interface listing cameras). On information and belief, Milestone also uses IPv6 for devices to automatically generate their own IP addresses based on information received from routers.

102.    "Bosch is a Milestone Systems Platinum Technology Partner, meaning that [it] work[s] in close collaboration with Milestone Systems HQ to facilitate deep tech integrations."[5] Milestone in conjunction with Bosch offers the following AI-based video security system:

- Native video analytics integration into XProtect® through the Bosch IVA PRO ranges;

- Extensive forensic search capabilities through the Bosch Forensic Search plugin for Milestone XProtect®;

- Metadata visualization (such as object trajectories) and more (such as wiper/heater control for the Bosch MIC cameras) through the Bosch Enhanced Metadata plugin for Milestone XProtect®;

- Plug-in based de-warping for the Bosch panoramic cameras; and

- Compatibility with our Bosch AI based (visual) gun detection.[6]

---

[5] https://www.milestonesys.com/technology-partner-finder/bosch-security-systems-b.v/
[6] *Id.*

103.   Bosch also enable multi-factor authentication of facial recognition and access control management.[7]

104.   "BriefCam video analytics software transforms video footage into data that is searchable, actionable and quantifiable, enabling operators to pinpoint objects, people, faces, vehicles, and behaviors of interest."[8] It includes fully integrated facial recognition.[9]

105.   Viisights claims that "video is everywhere" and it "can decipher its data."[10]Viisights includes facial recognition and license plate recognition.[11]

### C.    Storing Sensor Data

106.   Claim 13 of the '098 patent recites "storing the sensory data from the one or more sensors in a data storage device."

107.   Claim 34 of the '926 patent recites "storing the sensory data from the one or more sensors in a data storage device."

108.   Claim 48 of the '616 patent recites "storing the normalized sensory events in an event database for later retrieval."

109.   Claim 22 of the '984 patent recites "storing the normalized sensory events in an event database for later retrieval."

---

[7]
https://media.boschsecurity.com/fs/media/pb/media/products_1/access_control_1/bosch-iss_solution_paper_access_control_facial_recognition.pdf
[8] https://www.briefcam.com/resources/videos/what-is-video-analytics/
[9] https://www.briefcam.com/technology/facial-recognition/
[10] https://www.viisights.com/
[11] https://www.viisights.com/wp-content/uploads/2022/01/viisights-AI-Driven-Realtime-Behavioral-Recognition-IPVM-January-2022.pdf

110.    Claim 20 of the '987 patent recites "storing the normalized sensory events and the normalized legacy events in an event database for later retrieval as stored sensory events and stored legacy events"

111.    Claim 16 of the '744 patent recites "an event queue having access to an event database to store the sensory events and the legacy events for later retrieval as stored sensory events and stored legacy events;"

112.    Claim 11 of the '460 patent recites "an event queue adapted to queue the normalized sensory events, the normalized legacy events, and the normalized network events for storage in an event database and for later retrieval as stored sensory events, stored legacy events, and stored network events from the event database;"

113.    Claim 13 of the '314 patent recites "a hierarchical storage manager having access to a hierarchy of two or more data storage devices, wherein the two or more data storage devices are adapted to store data from the one or more sensors, wherein the hierarchical storage manager is adapted to manage storage and cascade of data through the hierarchy of two or more data storage devices based at least on the sensory events; an event queue having access to an event database to store the sensory events for later retrieval as stored sensory events;"

114.    Claim 6 of the '870 patent recites "an event queue having access to an event database to store the sensory events for later retrieval as stored sensory events;"

115.    The XProtect software includes a recording service which connects to cameras. *See supra* ¶52 (recording server). The recorded data can be archived via a scheduled job (*id.*). The recording server can store audio and video data, that includes features like multistage archiving, video grooming, encryption, and adding a digital signature to the recordings (*supra* ¶53); *see also* ¶54 (storage management tab); ¶65 (subdirectory based on nature of recorded data, including divided into motion sequences, i.e., hierarchical storage based on sensor data).

116.    The XProtect software is configured to work with an event server which includes an event queue. *See supra* Paragraph 100, item 4 "event server."

117.    Moreover, to prevent the SQL Server database-- that stores events and alarms --from growing to a size that affects the system performance, a user can specify how long events are stored in the database.



**Limit size of database**

To prevent the SQL Server database (see SQL Server installations and databases (explained) on page 35) growing to a size that affects the performance of the system, you can specify for how many days the different types of events and alarms are stored in the database.

1. Open the **Tools** menu.

2. Click **Options** > **Alarms and Events** tab.

3. Make the required settings. For more information, see Alarms and Events tab (options) on page 389.

118. The event server can store data from legacy systems, including access control, point of sale devices, and other legacy systems as well as network events (*see supra,* ¶70, some cameras detect tampering or temperature changes); (¶75, hardware predefined events, e.g., when connection is lost); (¶83, generic events related to any I/O module).

### D.    Correlation of sensor data to identify critical events

119. Claim 13 of the '098 patent recites "correlating two or more primitive events to determine one or more correlated events using the computer processor;"

120.   Claim 34 of the '926 patent recites "correlating two or more primitive events, weighted by attribute data representing information about the sensors used to sense the primitive events, to determine one or more correlated events using the computer processor"

121.   Claim 48 of the '616 patent recites "evaluating one or more historical correlations by automatically analyzing said primitive sensory events, across at least one of time and space, for one or more historical correlations among the historical normalized sensory events; monitoring continuously and in real-time the primitive sensory events from the one or more sensors based on the one or more historical correlations to identify one or more critical events;"

122.   Claim 22 of '984 patent recites "evaluating one or more historical correlations by automatically analyzing said stored sensory events, across at least one of time and space, for one or more historical correlations among the stored sensory events; monitoring continuously and in real-time the primitive sensory events from the one or more sensors based on the one or more historical correlations to identify one or more critical events; monitoring continuously and in real-time the network status of one or more of the sensors based on the IP data to identify one or more network failure events . . . 21. The system of claim 1, wherein the one or more primitive sensory events is at least a face detected. 22. The system of claim 21, wherein the face detected is correlated with other primitive events based on attribute data of a given sensor that detected the face."

123.   Claim 20 of the '987 patent recites "evaluating one or more historical correlations by automatically analyzing said stored sensory events and said stored legacy events, across at least one of time and space, for one or more historical correlations among the stored sensory events and the stored legacy events, wherein the stored sensory events are weighted based at least on one or more attribute data of the one or more sensors used to capture the stored sensory events; monitoring continuously and in real-time the primitive sensory events from the one or more sensors and the primitive legacy events from the one or more legacy systems based on the one or more historical correlations to identify one or more critical events;"

124.   Claim 16 of the '744 patent recites "a correlation module to calculate one or more historical correlations by automatically analyzing the stored sensory events and the stored legacy events across at least one of time and space, wherein the correlation module is adapted to monitor continuously and in real-time the sensory events and the legacy events to identify one or more critical events, and wherein the one or more critical events are based at least on the one or more historical correlations among the stored sensory events and the stored legacy events;"

125.   Claim 11 of the '460 patent recites "a correlation engine adapted to evaluate one or more historical correlations by automatically analyzing said stored sensory events, said stored legacy events, and said stored network events, across at least one of time and space, for one or more historical correlations among the stored sensory events, the stored legacy events, and the stored network events, wherein

61

the correlation engine is adapted to monitor continuously and in real-time the normalized sensory events, the normalized legacy events, and the normalized network events to identify one or more critical events;"

126.    Claim 13 of the '314 patent recites "a correlation module to evaluate one or more historical correlations among the stored sensory events, wherein the correlation module evaluates the stored sensory events for the one or more historical correlations across at least one of time and space, wherein the correlation module is adapted to monitor the received sensory events to identify one or more critical events, and wherein the one or more critical events are based at least on the one or more historical correlations;"

127.    Claim 6 of the '870 patent recites "a correlation module to evaluate one or more historical correlations among the stored sensory events, wherein the correlation module evaluates the stored sensory events for the one or more historical correlations across at least one of time and space based on at least weighting of the stored sensory events, and wherein the stored sensory events are weighted based at least on one or more attribute data of the one or more sensors used to capture the sensory data."

128.    Each of the Bosch, Briefcam, and viisights offers predictive analytics or sensor fusion, which requires correlation of historical data and continuous real-time monitoring, that could be used to identify a critical event.

62

129.    The Bosch video analytics solution includes the IVA Pro Intelligent

Tracking that tracks a vehicle through time and space to trigger an alarm, if it is

going the wrong way:[12]

> IVA Pro Intelligent Tracking, based on deep learning, provides an
> AI-based version of this Intelligent Tracking feature, which
> automatically detects and separates upright persons and vehicles.
> Robust algorithms based on artificial neural networks are trained to
> ignore potential disruptions caused by vehicle headlights or
> shadows, extreme weather, and sun reflections. Thus, a PTZ camera
> equipped with IVA Pro Intelligent Tracking can automatically follow
> persons and vehicles in traffic or inner city scenes by panning,
> tilting, and zooming to follow an object of interest and keep it
> prominently in the field of view.
>
> Auto mode: In this mode, the camera follows any object that has
> triggered an alarm in the Intelligent Video Analytics application.
> This mode is most useful for scenarios in which the alarm cases can
> be clearly defined, for example, when a vehicle is driving the wrong
> way or when a person is present on a highway.

130.    Briefcam offers predictive analytics such as count-based alerts in a

specific location over time to trigger an alarm :[13]

---

[12] https://commerce.keenfinity.tech/us/en/Intelligent-Video-Analytics-
Pro/p/F.01U.412.107/

[13] *See also* https://doc.milestonesys.com/en-
US/bundle/doc1200_2024r2/page/content/briefcam/real-
time_or_smart_alerts_with_count_filter.htm
Time-Dependent Count is applicable both for Smart and Real-time alerts.
Time-Dependent Count
Select Time-Dependent Count to create an alert when a certain number of objects
meets a certain filter in a predefined period of time.
For example, you can set an alert that is triggered when more than 100 people
entered a park in a single hour after 9 PM. Or, you can set an alert when more than
three employees on the watchlist entered a certain area of the store.
In the Number of times field, enter the number of objects that will trigger the alert.
The maximum number of objects that can be set is 1,000 and the maximum time
period is 24 hours.

Customizable Real-Time Alerts: . . .[14]

Count-Based Alerts

Alerts can be triggered when a certain number of objects (vehicles or people) are detected in a pre-defined area within a specified period of time. This can be useful in a variety of settings where traffic or crowd control is important. For instance, where a customer service department needs to address long queues of customers like at airport security, a large stadium entrance, a retail checkout counter, or a bank lobby.

Dwell Alerts

Dwelling or loitering can indicate intent to commit a crime, especially when people are lingering in entryways or facilities that store valuable inventory. When more people than expected are dwelling in a certain area, a video-based alert can make the security staff aware of environmental changes so they can respond quickly.

Benefits of Real-Time Alerting

Real-time alerts help both security and operations staff increase their situational awareness, detect unusual and excessive loitering, monitor crowds or queues, and accelerate responses to emergencies, threats, or suspicious behavior. In response, they can send staff as needed to improve public safety or the customer experience. For these reasons, video content analytics technology is quickly becoming an essential complement to video surveillance camera networks, enabling organizations to maximize the value of their existing infrastructure.

131.    viisights uses evaluates historical correlations in space and time and real-time monitoring of primitive events to identify critical events, such as a fight between two people.

---

In the Within field, enter the period of time within which the objects must appear in order to trigger an alert.

[14] https://www.briefcam.com/resources/blog/what-is-real-time-video-content-analysis/

1. Video analytics to identify people fighting[15]

As mentioned, the action of two people fighting could appear to analytics to be similar to other actions such as dancing or hugging. Advanced behavioral analytics can discern between these actions and actual fighting, defined as at least two people who are hitting each other. The software identifies hitting as hands moving towards the other person, touching and then disengaging, with the action being repeated numerous times. Such a system can also recognize differing fighting styles including kicking, punching or wrestling in both indoor and outdoor settings.

The action of a person stabbing another person can be detected by advanced behavioral analytics as well. In this case, there would be two people standing close together, with one of them performing a stabbing movement. It is not necessary for the knife or other object used to stab to be visible.

132.    The XProtect Software monitors and stores network and system data, including for example, concerns about a camera video feed or disconnection.[16] It also integrates with legacy systems and sensors.[17] More importantly, XProtect provides real-time monitoring capabilities through its Smart Client and Web Client. Users can view live video feeds, manage alarms, and respond to incidents as they unfold.

---

[15] https://www.viisights.com/news/blog/video-analytics-transcend-from-detection-to-analysis/

[16] https://doc.milestonesys.com/latest/en-us/standard_features/sf_mc/sf_ui/mc_eventsoverview_rulesandevents.htm

[17] "On many devices, you can attach external units to input ports on the device. Input units are typically external sensors. You can use such external sensors, for example, for detecting if doors, windows, or gates are opened. Input from such external input units is treated as events by the system." https://doc.milestonesys.com/latest/en-us/standard_features/sf_mc/sf_mcnodes/sf_3devices/mc_devicesexplained_devices.htm."Furthermore, the event server offers third-party access to sending events to the system via the Generic events or Analytics events interface." https://doc.milestonesys.com/latest/en-US/standard_features/sf_mc/sf_systemoverview/mc_eventserverexplained.htm

For example, the setup of the Rules can be used to correlate the occurrence of different events in time and space (*supra* ¶68, rule combining time, events and devices; ¶80, different events in same camera, ¶81, use of motion to set in motion video recording and PTZ camera movement; ¶84, use of priority of events).

### E.    Use of weighting to reduce false positives

133.    Claim 13 of the '098 patent recites "processing the sensory data from the sensors, weighted by attribute data representing information about the sensors used to capture the sensory data, to detect primitive events in the sensory data using a computer processor;".

134.    Claim 34 of the '926 patent recites "correlating two or more primitive events, weighted by attribute data representing information about the sensors used to sense the primitive events, to determine one or more correlated events using the computer processor;"

135.    Claim 48 of the '616 patent recites "48. The non-transitory, physical storage medium of claim 39, wherein the primitive sensory events are weighted based at least on one or more attribute data of the one or more sensors used to capture the sensory data."

136.    Claim 22 of the '984 patent recites "21. The system of claim 1, wherein the one or more primitive sensory events is at least a face detected. 22. The system of claim 21, wherein the face detected is correlated with other primitive events based on attribute data of a given sensor that detected the face."

137.    Claim 20 of the '987 patent recites "evaluating one or more historical correlations by automatically analyzing said stored sensory events and said stored legacy events, across at least one of time and space, for one or more historical correlations among the stored sensory events and the stored legacy events, wherein the stored sensory events are weighted based at least on one or more attribute data of the one or more sensors used to capture the stored sensory events;"

138.    Claim 16 of the '744 patent recites "16. The monitoring system of claim 1, wherein the sensory events are weighted based at least on one or more attribute data of the one or more sensors used to capture the sensory data."

139.    Claim 11 of '460 patent recites "11. The monitoring system of claim 1, wherein the primitive sensory events are weighted based at least on one or more attribute data of the one or more sensors used to capture the sensory data."

140.    Claim 13 of the '314 patent recites "13. The non-transitory, physical storage medium of claim 1, wherein the sensory events are weighted based at least on one or more attribute data of the one or more sensors used to capture the sensory data."

141.    Claim 6 of the '870 patent recites "wherein the stored sensory events are weighted based at least on one or more attribute data of the one or more sensors used to capture the sensory data."

142.    For the Bosch IVA Pro Intelligent Tracking, "[r]obust algorithms based on artificial neural networks are trained to ignore potential disruptions caused by vehicle headlights or shadows, extreme weather, and sun reflections."[18]

143.    "BriefCam is optimized to filter out items that are not detected as objects, such as shadows, lighting and small unclear objects. However, when these objects are of interest, a high-sensitivity mode can be defined. The high sensitivity of detection comes at the expense of more expensive or slower processing and a higher probability of getting false detections. However, it is sometimes important to customers. For example, a customer may have a very crowded scene at night and in a small area there's a very small change in a few pixels. This small change may turn out to be a major event that helps solve a case. Even with the high-sensitivity detection, BriefCam has an advanced noise filtering mechanism, so that even if you are working in high sensitivity, you still will not be detecting snowflakes, waves and moving branches in most cases. However, some conditions, such as raindrops or insects on the window of the camera, might trigger BriefCam's detection algorithms."[19]

144.    Viisights weights video data by analyzing behavior in the three seconds of video sequences and not a single image: "viisights unique video

---

[18] *See supra* ¶129.
[19] https://doc.milestonesys.com/en-US/bundle/doc1205_2024r2/page/content/briefcam/briefcam_video_analytics_white_paper.htm

understanding technology makes critical decisions based on a sequence of images in a sliding window of up to 3 seconds – not a single image."[20]

145.    Moreover, XProtect incorporates weighting schemes, via, for example, use of thresholds for motion detection and sensitivity in the number of pixels that must change before motion is deemed to be detected (*see supra*, ¶¶72, 73). Additionally, areas of an image can be disregarded, further increasing reliability of an event. Finally, XProtect permits assigning "priority" to an event between 0 and 999 (*supra*, ¶84).

### F.    Alarm Setup in XProtect

146.    As provided in Paragraph 86, in the event a Rule, comprised of events, is satisfied, a user can provide for the triggering of an alarm, one exemplar is below:

---

[20] https://www.viisights.com/wp-content/uploads/2021/05/Viisights_e-Book_Chapters1-2_smart-cities-1.pdf



Legend:

1. Surveillance system
2. Management Client
3. XProtect Smart Client
4. Alarm configuration
5. Alarm data flow

147. Milestone XProtect works in conjunction with dozens of technology partners that provide predictive analytics. These include at least the following: Ai-RGUS, evolve, Intellisee, Davantis, Athena Weapons Detection System, SwiftStack Storage, Parquery, Live Earth, Vezha (LPR, Object Detection, Face Recognition, VA, Queue Detection, Gender and Age Detection, Watermark, Smoke & Fire Detection, Smoking Detection), Gates, Smart Tracking System ACIC, iSentry, AllGoVision, ARES ALPR/Vehicle Recognition Software, Graymatica, Calipsa AI False Alarm Filtering Analytics, IRIS-Alarm-driven-video analytics, powered by AI, SelectaDNA Criminal Tagging System, Imagus Facial Recognition Software, Imagus Facial Recognition Software, Kinesense Video Investigation Solution, IQ Series, Dragonfruit – Enterprise Video AI, Corvo Identify, Vess A3120P, FF

Cammra, DataFactory, Actuate Real-Time AI Threat Detection, iPro Active Guard Plug-in for XProtect, pimloc Secure Redact, IronYun Vaidio AI Vision Platform, ZeroEyes' Real-Time Weapons Detection Technology, Sm_All, edge on-device AI with deep learning, Saimos LiDAR, innoVi-AI Video Analytics Platform, Octopus PSIM command and control, OnWatch watchlist alerting and video analytics, Vess A6600-SBP, Oddity.ai Violence Detection for Milestone, AI-based Abnormal Sound and Voice Analytics System, VPC-5600S, FoxVigi, Araani FireCatcher, Fire Guard, Wintics Cityvision, CIRES Traffix, Tyrone Vertz D4ZC-36S Storage Solution, U-Alarm, Bosch Object Detection-AI Alarm Verification, Netweb Tyrone Verta D4zc-36S Storage Solution, Senturian Neurolytics Fall Down Healthcare AI, SenTRACK, FF DataFactor, VTrack – Video Analysis for intelligent VS, C2P License Plate Recognition Solutions, NEC Expresscluster X HA DR Solution, SAIMOS VA Milestone XProtect Plugin, SAFR, Lantronix hardened PoE switches, AI-Smart Parking, AI Traffic control solution Neural Server, AvidAuto, Axon Incident Manager, Facit Smart Count – People Counting, T.react CIP, Scylla Perimeter Intrusion Detection, Alarm Receiver, MB1-10AP Apollo Lake Rugged and Compact NVR, Senturian Sound and Speech Recognition, sprinx co.exist, Zen Analytics Platform, 6SS, Brivio, omnialert Action Shooter Prevention & Visual Gun Detection, iPro Active Guard Plug-in for XProtect, Pelco Connect, Lumeo, DDN IntelliFlash Unified Storage, DivioVide Fisheye Plug-in, Ai Smart City Counter, Awiros Video AI Applications Suite, ADSH & eTEEO Networks, Aigoeye, Letcor Vision Smart Sensor, PowerScale – Scale Out NAS Storage, O-Insights Genie, 3D

Smart Track: Real-Time Monitoring Solution, Intellion Monitor, DeepAlert XProtect Plugin – False Alarm Filtering, Up Xtreme Smart Surveillance, Comba Face-in-one smart security management platform, Fearless Plugin for the CogvisAI 3D Sensor, WYS Platform, Norion 1R2-S Essential Family, Spotter RF, com-iot, ReconaSense, ROC Watch, CVEDIA-RT AI, Quanergy 3D Lidar Sensing Solution Q-Track, Vault Next and XProtect Accesss Integration, SOFFA, FaRe Hybrid, Shark – License Plate Recognition, Survision – XProtect Integration Plugin, Amulet CoreModule MX for Dell EMC PowerEdge MX7000, Signatrix Entrance, SivarPlate, Citilog Incident Management, XXII Core, Isarsoft Perception, SmartFace Facial Recognition, NeoFace Watch Version 5.1, Ayonix Face Technologies, Sound Intelligence Plugin for Milestone XProtect, VisionLavs Face Recognition Plug-in, Neuroo, CliCK – Climate Camera Kit, Recfaces, carGuroo, Videtics Perception, Evolon Insites – AI-Powered Perimeter Security, Corsight Plugin for XProtect, VaxALPR and VaxOCR Embedded Reporting Software, Tattile Stark Plugin, visionplatform.ai AI vido analytics platform, Videtics, Evolon Insites, Corsight Plugin, and VaxALPR and VaxOCR Embedded ("Milestone IVA Partners").

## VI.    The Asserted Claims

### Count 1

### Infringement of U.S. Patent No. 8,130,098

148.    Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

149.   SecureNet is the owner by assignment of United States Patent No. 8,130,098, entitled "Systems and methods for safety and business productivity." The '098 patent was duly and legally issued by the United States Patent & Trademark Office on March 6, 2012. A true and correct copy of the '098 patent is attached as Exhibit 1.

150.   Defendant has offered for sale, sold and/or imported in the United States accused products that directly or indirectly infringes the '098 patent since the issuance of the '098 patent.

151.   Defendant has directly and indirectly infringed and continues to infringe the '098 patent, for example, by making, selling, offering for sale, and/or importing, and through its own use and testing of the accused products in the United States and here in Oregon. In addition, on information and belief, Defendant uses the accused products while providing technical support and repair services to Defendant's customers.

152.   Non-limiting examples of the Milestone's infringement of claim 13 of the '098 patent is via the Milestone X-Protect System and including in combination with any of video analytics from Bosch, Briefcam, or viisights infringes claim 13:

13. A safety method, comprising the steps of:

capturing sensory data from one or more sensors;

storing the sensory data from the one or more sensors in a data storage device;

processing the sensory data from the sensors, weighted by attribute data representing information about the sensors used to capture the

sensory data, to detect primitive events in the sensory data using a computer processor;

correlating two or more primitive events to determine one or more correlated events using the computer processor; and

performing one or more actions to ensure safety procedures are followed based on the correlation performed in the correlating step.

153.   XProtect enables a customer to practice the method of claim 13 of the '098 patent (¶¶99, 100, 101, 115, 116, 117, 118, 132, 145, and 146). XProtect in combination with Bosch IVA Pro intelligent video analytics enables a Milestone customer to practice the method of claim 13 of the '098 patent (¶¶99, 100, 101, 102, 103, 115, 116, 117, 118, 128, 129, 132, 142, 145, and 146). XProtect in combination with Briefcam's Respond video analytics enables a Milestone customer to practice the method of claim 13 of the '098 patent (¶¶99, 100, 101, 104, 115, 116, 117, 118, 130, 132, 143, 145, and 146). XProtect in combination with viisights video "wise" and "true" video analytics enables a customer to practice the method of claim 13 (¶¶99, 100, 101, 105, 115, 116, 117, 118, 131, 132, 144, 145, and 146). On information and belief, an end user's use of XProtect software in combination with Milestone IVA Partners infringes claim 13 of the '098 patent.

154.   On or around March 14, 2013, SecureNet gave actual notice of the '098 patent to Milestone. Accordingly, Milestone has willfully infringed the '098 patent. Its pre-suit knowledge along with its efforts to actively and knowingly aid users of Accused Products demonstrates that it induced infringement.

## Count 2

## Infringement of U.S. Patent No. 8,354,926

155. Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

156. SecureNet is the owner by assignment of United States Patent No. 8,354,926, entitled "Systems and methods for business process monitoring." The '926 patent was duly and legally issued by the USPTO on January 15, 2013. A true and correct copy of the '926 patent is attached as Exhibit 2.

157. Defendant has offered for sale, sold and/or imported in the United States accused products that directly or indirectly infringes the '926 patent since the issuance of the '926 patent. Defendant has directly and indirectly infringed and continues to infringe the '926 patent, for example, by making, selling, offering for sale, and/or importing accused products, and through its own use and testing of them in the United States and here in Oregon. In addition, on information and belief, Defendant uses them while providing technical support and repair to Defendant's customers.

158. Non-limiting examples of the Milestone's infringement of claim 34 of the '926 patent is via the Milestone X-Protect System in combination with any of video analytics from Bosch, Briefcam, or viisights as outlined below:

34. A safety method, comprising the steps of:

capturing sensory data from one or more sensors;

storing the sensory data from the one or more sensors in a data storage device;

processing the sensory data from the sensors, weighted by attribute data representing information about the sensors used to capture the

sensory data, to detect primitive events in the sensory data using a computer processor;

correlating two or more primitive events to determine one or more correlated events using the computer processor; and

performing one or more actions to ensure safety procedures are followed based on the correlation performed in the correlating step.

159.    XProtect enables a customer to practice the method of claim 34 of the '926 patent (¶¶99, 100, 101, 115, 116, 117, 118, 132, 145, and 146). XProtect in combination with Bosch IVA Pro intelligent video analytics enables a Milestone customer to practice the method of claim 34 of the '926 patent (¶¶99, 100, 101, 102, 103, 115, 116, 117, 118, 128, 129, 132, 142, 145, and 146). XProtect in combination with Briefcam's Respond video analytics enables a Milestone customer to practice the method of claim 34 of the '926 patent (¶¶99, 100, 101, 104, 115, 116, 117, 118, 130, 132, 143, 145, and 146). XProtect in combination with viisights video "wise" and "true" video analytics enables a customer to practice the method of claim 34 of the '926 patent (¶¶99, 100, 101, 105, 115, 116, 117, 118, 131, 132, 144, 145, and 146). On information and belief, an end user's use of XProtect software in combination with Milestone IVA Partners infringes claim 34 of the '926 patent.

160.    On or around March 14, 2013, SecureNet gave actual notice of the '926 patent to Milestone. Accordingly, Milestone has willfully infringed the '926 patent. Its pre-suit knowledge along with its efforts to actively and knowingly aid users of Accused Products demonstrates that it induced infringement.

## Count 3

## Infringement of U.S. Patent No. 9,344,616

161.    Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

162.    SecureNet is the owner by assignment of United States Patent No. 9,344,616, entitled "Correlation engine for security, safety, and business productivity." The '616 patent was duly and legally issued by the USPTO on May 17, 2016. A true and correct copy of the '616 patent is attached as Exhibit 3.

163.    Defendant has offered for sale, sold and/or imported in the United States accused products that directly or indirectly infringes the '616 patent since the issuance of the '616 patent. Defendant has directly and indirectly infringed and continues to infringe the '616 patent, for example, by making, selling, offering for sale, and/or importing accused products, and through its own use and testing of them in the United States and here in Oregon. In addition, on information and belief, Defendant uses them while providing technical support and repair to Defendant's customers.

164.    Non-limiting examples of the Milestone's infringement of claim 48 of the '616 patent is via the Milestone X-Protect System in combination with any of video analytics from Bosch, Briefcam, or viisights as outlined below:

> 39. A non-transitory, physical storage medium storing computer-readable program code, the program code executable by a hardware processor, the program code when executed by the hardware processor causing the hardware processor to execute steps comprising:
>
> [A] receiving sensory data about a physical environment from one or more sensors;

[B] receiving IP data of the one or more sensors, wherein the IP data comprises at least an Internet Protocol (IP) address and a network status of at least one of the sensors;

[C] processing the sensory data from the one or more sensors to detect one or more primitive sensory events;

[D] normalizing the primitive sensory events into a standardized data format;

[E] storing the normalized sensory events in an event database for later retrieval;

[F] retrieving one or more historical normalized sensory events from the event database;

[G] evaluating one or more historical correlations by automatically analyzing said primitive sensory events, across at least one of time and space, for one or more historical correlations among the historical normalized sensory events;

[H] monitoring continuously and in real-time the primitive sensory events from the one or more sensors based on the one or more historical correlations to identify one or more critical events;

[I] monitoring continuously and in real-time the network status of one or more of the sensors based on the IP data to identify one or more network failure events; and

[J] sending one or more alerts based on at least one of said critical events and said network failure events.

[K] 48. The non-transitory, physical storage medium of claim 39, wherein the primitive sensory events are weighted based at least on one or more attribute data of the one or more sensors used to capture the sensory data.

165.    XProtect in combination with Bosch IVA Pro intelligent video analytics incorporate at least the following elements A, B, C, F, G, H, J, K. On information on belief, the XProtect normalizes data from various sensors and inputs.

166.    XProtect practices elements A, B, C, F, G, H, J, K of claim 48 of the '616 patent (¶¶99, 100, 101, 115, 116, 117, 118, 132, 145, and 146). XProtect in

combination with Bosch IVA Pro intelligent video analytics practices elements A, B, C, F, G, H, J, K of claim 48 of the '616 patent (¶¶99, 100, 101, 102, 103, 115, 116, 117, 118, 128, 129, 132, 142, 145, and 146). XProtect in combination with Briefcam's Respond video analytics practices elements A, B, C, F, G, H, J, K of claim 48 of the '616 patent (¶¶99, 100, 101, 104, 115, 116, 117, 118, 130, 132, 143, 145, and 146). XProtect in combination with viisights video "wise" and "true" video analytics practices elements A, B, C, F, G, H, J, K of claim 48 of the '616 patent (¶¶99, 100, 101, 105, 115, 116, 117, 118, 131, 132, 144, 145, and 146). On information on belief, the XProtect normalizes data from various sensors and inputs.

167.    On information and belief, XProtect software in combination with Milestone IVA Partners infringes claim 48 of the '616 patent.

168.    On or around March 14, 2013, SecureNet gave actual notice of the '098 and '926 patents to Milestone, which are in the same patent family as the '616 patent. Accordingly, Milestone has willfully infringed the '616 patent.

## Count 4

## Infringement of U.S. Patent No. 9,619,984

169.    Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

170.    SecureNet is the owner by assignment of United States Patent No. 9,619,984, entitled "Systems and methods for correlating data from IP sensor networks for security, safety, and business productivity applications." The '984

patent was duly and legally issued by the USPTO on April 11, 2017. A true and correct copy of the '984 patent is attached as Exhibit 4.

171.    Defendant has offered for sale, sold and/or imported in the United States accused products that directly or indirectly infringes the '984 patent since its issuance. Defendant has directly and indirectly infringed and continues to infringe the '984 patent, for example, by making, selling, offering for sale, and/or importing accused products, and through its own use and testing of them in the United States and here in Oregon. In addition, on information and belief, Defendant uses them while providing technical support and repair to Defendant's customers.

172.    Non-limiting examples of the Milestone's infringement of claim 22 of the '984 patent is via the Milestone X-Protect System in combination with any of video analytics from Bosch, Briefcam, or viisights as outlined below:

> 1. A monitoring system comprising a non-transitory, physical storage medium storing computer-readable program code, the program code executable by a hardware processor, the program code when executed by the hardware processor causing the hardware processor to execute steps comprising:
>
> [A] receiving sensory data about a physical environment from one or more sensors;
>
> [B] receiving IP data of the one or more sensors, wherein the IP data comprises at least an Internet Protocol (IP) address and a network status of at least one of the sensors;
>
> [C] processing the sensory data from the one or more sensors to detect one or more primitive sensory events;
>
> [D] normalizing the primitive sensory events into a standardized data format;

[E] storing the normalized sensory events in an event database for later retrieval;

[F] retrieving one or more stored sensory events from the event database;

[G] evaluating one or more historical correlations by automatically analyzing said stored sensory events, across at least one of time and space, for one or more historical correlations among the stored sensory events;

[H] monitoring continuously and in real-time the primitive sensory events from the one or more sensors based on the one or more historical correlations to identify one or more critical events;

[I] monitoring continuously and in real-time the network status of one or more of the sensors based on the IP data to identify one or more network failure events; and

[J] sending one or more alerts based on at least one of said critical events and said network failure events.

[K] 21. The system of claim 1, wherein the one or more primitive sensory events is at least a face detected.

[L] 22. The system of claim 21, wherein the face detected is correlated with other primitive events based on attribute data of a given sensor that detected the face.

173.    XProtect practices elements A, B, C, F, G, H, I, J, K of claim 22 of the '984 patent (¶¶99, 100, 101, 115, 116, 117, 118, 132, 145, and 146). XProtect in combination with Bosch IVA Pro intelligent video analytics practices elements A, B, C, F, G, H, I, J, K of claim 22 of the '984 patent (¶¶99, 100, 101, 102, 103, 115, 116, 117, 118, 128, 129, 132, 142, 145, and 146). XProtect in combination with Briefcam's Respond video analytics practices elements A, B, C, F, G, H, I, J, K of claim 22 of the '984 patent (¶¶99, 100, 101, 104, 115, 116, 117, 118, 130, 132, 143, 145, and 146). XProtect in combination with viisights video "wise" and "true" video analytics

practices elements A, B, C, F, G, H, I, J, K of claim 22 of the '984 patent (¶¶99, 100, 101, 105, 115, 116, 117, 118, 131, 132, 144, 145, and 146).

174.    On information on belief, the XProtect normalizes data from various sensors and inputs and stores the normalized data, D and E. On information and belief, the Accused Products correlate a face detected with other primitive events based on attribute data of the sensor. For example, the Bosch face detection event can correlate with an access control event, *see supra* ¶103.

175.    On information and belief, an end user's use of XProtect software in combination with Milestone IVA Partners infringes claim 22 of the '984 patent. On information on belief, the XProtect normalizes data from various sensors and inputs.

176.    On or around March 14, 2013, SecureNet gave actual notice of the '098 and '926 patents to Milestone, which are in the same patent family as the '984 patent. Accordingly, Milestone has willfully infringed the '984 patent. Its pre-suit knowledge along with its efforts to actively and knowingly aid users of Accused Products demonstrates that it induced infringement.

## Count 5

### Infringement of U.S. Patent No. 10,020,987

177.    Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

178.    SecureNet is the owner by assignment of United States Patent No. 10,020,987, entitled "Systems and methods for correlating sensory events and

legacy system events utilizing a correlation engine for security, safety, and business productivity." The '987 patent was duly and legally issued by the USPTO on July 10, 2018. A true and correct copy of the '987 patent is attached as Exhibit 5.

179.    Defendant has offered for sale, sold and/or imported in the United States accused products that directly or indirectly infringes the '987 patent since its issuance. Defendant has directly and indirectly infringed and continues to infringe the '987 patent, for example, by making, selling, offering for sale, and/or importing accused products, and through its own use and testing of them in the United States and here in Oregon. In addition, on information and belief, Defendant uses them while providing technical support and repair to Defendant's customers.

180.    Non-limiting examples of the Milestone's infringement of claim 20 of the '987 patent is via the Milestone X-Protect System in combination with any of video analytics from Bosch, Briefcam, or viisights as outlined below:

> 20. A monitoring method, comprising steps of:
>
> [A] receiving sensory data about a physical environment from one or more sensors;
>
> [B] receiving IP data of the one or more sensors, wherein the IP data comprises at least an Internet Protocol (IP) address and a network status of at least one of the sensors;
>
> [C] receiving legacy system data from one or more legacy systems;
>
> [D] processing the sensory data from the one or more sensors to detect one or more primitive sensory events;
>
> [E] processing the legacy system data from the one or more legacy systems to detect one or more primitive legacy events;

[F] normalizing the primitive sensory events and the primitive legacy events into a standardized data format to generate normalized sensory events and normalized legacy events;

[G] storing the normalized sensory events and the normalized legacy events in an event database for later retrieval as stored sensory events and stored legacy events;

[H] retrieving one or more stored sensory events and one or more stored legacy events from the event database;

[I] evaluating one or more historical correlations by automatically analyzing said stored sensory events and said stored legacy events,

[J] across at least one of time and space, for one or more historical correlations among the stored sensory events and the stored legacy events, wherein the stored sensory events are weighted based at least on one or more attribute data of the one or more sensors used to capture the stored sensory events;

[K] monitoring continuously and in real-time the primitive sensory events from the one or more sensors and the primitive legacy events from the one or more legacy systems based on the one or more historical correlations to identify one or more critical events;

[L] monitoring continuously and in real-time the network status of one or more of the sensors based on the IP data to identify one or more network failure events; and

[M] sending one or more alerts based on at least one of said critical events and said network failure events.

181.    XProtect enables a customer to practice elements A-E and H-M of the method of claim 20 of the '987 patent (¶¶99, 100, 101, 115, 116, 117, 118, 132, 145, and 146). XProtect in combination with Bosch IVA Pro intelligent video analytics enables a Milestone customer to practice elements A-E and H-M of the method of claim 20 of the '987 patent (¶¶99, 100, 101, 102, 103, 115, 116, 117, 118, 128, 129, 132, 142, 145, and 146). XProtect in combination with Briefcam's Respond video analytics enables a Milestone customer to practice elements A-E and H-M of the

method of claim 20 of the '987 patent (¶¶99, 100, 101, 104, 115, 116, 117, 118, 130, 132, 143, 145, and 146). XProtect in combination with viisights video "wise" and "true" video analytics enables a customer to practice elements A-E and H-M of the method of claim 20 of the '987 patent (¶¶99, 100, 101, 105, 115, 116, 117, 118, 131, 132, 144, 145, and 146).

182.    On information on belief, the XProtect normalizes data from various sensors and inputs and stores the normalized data, F and G.

183.    On information and belief, an end user's use of XProtect software in combination with Milestone IVA Partners infringes claim 20 of the '987 patent.

184.    On or around March 14, 2013, SecureNet gave actual notice of the '098 and '926 patents to Milestone, which are in the same patent family as the '987 patent. Accordingly, Milestone has willfully infringed the '987 patent. Its pre-suit knowledge along with its efforts to actively and knowingly aid users of Accused Products demonstrates that it induced infringement.

## Count 6

## Infringement of U.S. Patent No. 10,862,744

185.    Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

186.    SecureNet is the owner by assignment of United States Patent No. 10,862,744, entitled "Correlation system for correlating sensory events and legacy system events." The '744 patent was duly and legally issued by the USPTO on

December 8, 2020. A true and correct copy of the '744 patent is attached as Exhibit 6.

187.   Defendant has offered for sale, sold and/or imported in the United States accused products that directly or indirectly infringes the '744 patent since its issuance. Defendant has directly and indirectly infringed and continues to infringe the '744 patent, for example, by making, selling, offering for sale, and/or importing accused products, and through its own use and testing of them in the United States and here in Oregon. In addition, on information and belief, Defendant uses them while providing technical support and repair to Defendant's customers.

188.   Non-limiting examples of the Milestone's infringement of claim 20 of the '744 patent is via the Milestone X-Protect System in combination with any of video analytics from Bosch, Briefcam, or viisights as outlined below:

> 1. A monitoring system comprising a non-transitory, physical storage medium storing computer-readable program code, the program code executable by a hardware processor, the program code when executed by the hardware processor causes the hardware processor to implement:
>
> [A] a sensory event analytics module to receive sensory data about a physical environment from one or more sensors and to process the sensory data from the one or more sensors to detect one or more sensory events, wherein the one or more sensors comprises at least [B] an Internet Protocol (IP) video camera, and wherein the one or more sensory events is selected from the group consisting of a person detected, a face detected, a vehicle detected, and a license plate detected;
>
> [C] a legacy event analytics module to receive legacy system data from one or more legacy systems and to process the legacy system data from the one or more legacy systems to detect one or more legacy events, wherein the one or more legacy systems is selected

from the group consisting of an access control system, a personnel system, a license plate system, an inventory system, a law enforcement system, and a lighting system;

[D] an event queue having access to an event database to store the sensory events and the legacy events for later retrieval as stored sensory events and stored legacy events;

[E] a correlation module to calculate one or more historical correlations by automatically analyzing the stored sensory events and the stored legacy events across at least one of time and space, wherein the correlation module is adapted to monitor continuously and in real-time the sensory events and the legacy events to identify one or more critical events, and wherein the one or more critical events are based at least on the one or more historical correlations among the stored sensory events and the stored legacy events; and

[F] an alerting module to send one or more alerts based on the one or more critical events.

[G] 16. The monitoring system of claim 1, wherein the sensory events are weighted based at least on one or more attribute data of the one or more sensors used to capture the sensory data.

189. XProtect practices elements A-G of claim 16 of the '744 patent (¶¶99, 100, 101, 115, 116, 117, 118, 132, 145, and 146). XProtect in combination with Bosch IVA Pro intelligent video analytics practices elements A-G of claim 16 of the '744 patent (¶¶99, 100, 101, 102, 103, 115, 116, 117, 118, 128, 129, 132, 142, 145, and 146). XProtect in combination with Briefcam's Respond video analytics practices elements A-G of claim 16 of the '744 patent (¶¶99, 100, 101, 104, 115, 116, 117, 118, 130, 132, 143, 145, and 146). XProtect in combination with viisights video "wise" and "true" video analytics practices elements A-G of claim 16 of the '744 patent (¶¶99, 100, 101, 105, 115, 116, 117, 118, 131, 132, 144, 145, and 146).

190. On information and belief, XProtect software in combination with Milestone IVA Partners infringes claim 16 of the '744 patent.

191. On or around March 14, 2013, SecureNet gave actual notice of the '098 and '926 patents to Milestone, which are in the same patent family as the '744 patent. Accordingly, Milestone has willfully infringed the '744 patent.

## Count 7

## Infringement of U.S. Patent No. 10,587,460

192. Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

193. SecureNet is the owner by assignment of United States Patent No. 10,587,460, entitled "Systems and methods for correlating sensory events and legacy system events utilizing a correlation engine for security, safety, and business productivity." The '460 patent was duly and legally issued by the USPTO on March 3, 2020. A true and correct copy of the '460 patent is attached as Exhibit 7.

194. Defendant has offered for sale, sold and/or imported in the United States accused products that directly or indirectly infringes the '460 patent since its issuance. Defendant has directly and indirectly infringed and continues to infringe the '460 patent, for example, by making, selling, offering for sale, and/or importing accused products, and through its own use and testing of them in the United States and here in Oregon. In addition, on information and belief, Defendant uses them while providing technical support and repair to Defendant's customers.

195. Non-limiting examples of the Milestone's infringement of claim 11 of the '460 patent is via the Milestone X-Protect System in combination with any of video analytics from Bosch, Briefcam, or viisights as outlined below:

88

1. A monitoring system comprising a non-transitory, physical storage medium storing computer-readable program code, the program code executable by a hardware processor, the program code when executed by the hardware processor causes the hardware processor to implement:

[A] a primitive event analytics module adapted to receive sensory data about a physical environment from one or more sensors and for processing the sensory data from the one or more sensors to detect one or more primitive sensory events;

[B] a legacy event analytics module adapted to receive legacy system data from one or more legacy systems and for processing the legacy system data from the one or more legacy systems to detect one or more primitive legacy events;

[C] a network analytics module adapted to receive Internet Protocol (IP) data of the one or more sensors, wherein the IP data comprises at least an IP address and a network status of at least one of the sensors, and wherein the network analytics module is adapted to process the IP data of the one or more sensors to detect one or more primitive network events;

[D] a normalization engine adapted to normalize the primitive sensory events, the primitive legacy events, and the primitive network events into a standardized data format to generate normalized sensory events, normalized legacy events, and normalized network events;

[E] an event queue adapted to queue the normalized sensory events, the normalized legacy events, and the normalized network events for storage in an event database and for later retrieval as stored sensory events, stored legacy events, and stored network events from the event database;

[F] a correlation engine adapted to evaluate one or more historical correlations by automatically analyzing said stored sensory events, said stored legacy events, and said stored network events, across at least one of time and space, for one or more historical correlations among the stored sensory events, the stored legacy events, and the stored network events, wherein the correlation engine is adapted to monitor continuously and in real-time the normalized sensory events, the normalized legacy events, and the normalized network events to identify one or more critical events; and

[G] an alerting engine adapted to send one or more alerts based on said one or more critical events, wherein said one or more critical events are based at least on the one or more historical correlations among said stored sensory events, said stored legacy events, and said stored network events.

[H] 11. The monitoring system of claim 1, wherein the primitive sensory events are weighted based at least on one or more attribute data of the one or more sensors used to capture the sensory data.

196.    XProtect practices elements A-C and F-H of claim 11 of the '460 patent (¶¶99, 100, 101, 115, 116, 117, 118, 132, 145, and 146). XProtect in combination with Bosch IVA Pro intelligent video analytics practices elements A-C and F-H of claim 11 of the '460 patent (¶¶99, 100, 101, 102, 103, 115, 116, 117, 118, 128, 129, 132, 142, 145, and 146). XProtect in combination with Briefcam's Respond video analytics practices elements A-C and F-H of claim 11 of the '460 patent (¶¶99, 100, 101, 104, 115, 116, 117, 118, 130, 132, 143, 145, and 146). XProtect in combination with viisights video "wise" and "true" video analytics practices elements A-C and F-H of claim 11 of the '460 patent (¶¶99, 100, 101, 105, 115, 116, 117, 118, 131, 132, 144, 145, and 146).

197.    On information on belief, the XProtect normalizes data from various sensors and inputs and stores the normalized data, D and E.

198.    On information and belief, XProtect software in combination with Milestone IVA Partners infringes claim 11 of the '460 patent.

199.    On or around March 14, 2013, SecureNet gave actual notice of the '098 and '926 patents to Milestone, which are in the same patent family as the '460 patent. Accordingly, Milestone has willfully infringed the '460 patent.

**Count 8**

**Infringement of U.S. Patent No. 11,323,314**

200.    Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

201.    SecureNet is the owner by assignment of United States Patent No. 11,323,314, entitled "Heirarchical data storage and correlation system for correlating and storing sensory events in a security and safety system." The '314 patent was duly and legally issued by the USPTO on May 3, 2020. A true and correct copy of the '314 patent is attached as Exhibit 8.

202.    Defendant has offered for sale, sold and/or imported in the United States accused products that directly or indirectly infringes the '314 patent since its issuance. Defendant has directly and indirectly infringed and continues to infringe the '314 patent, for example, by making, selling, offering for sale, and/or importing accused products, and through its own use and testing of them in the United States and here in Oregon. In addition, on information and belief, Defendant uses them while providing technical support and repair to Defendant's customers.

203.    Non-limiting examples of the Milestone's infringement of claim 13 of the '314 patent is via the Milestone X-Protect System in combination with any of video analytics from Bosch, Briefcam, or viisights as outlined below:

> 1. A non-transitory, physical storage medium storing computer-readable program code, the program code executable by a hardware processor, the program code when executed by the hardware processor causes the hardware processor to implement:

receive one or more sensory events from a sensory event analytics module that receives sensory data about a physical environment from one or more sensors and processes the sensory data from the one or more sensors to detect the one or more sensory events, wherein the one or more sensors comprises at least an Internet Protocol (IP) video camera, and wherein the one or more sensory events are selected from the group consisting of a face detected, a vehicle detected, a license plate detected, a size of an object, and a speed of an object;

a hierarchical storage manager having access to a hierarchy of two or more data storage devices, wherein the two or more data storage devices are adapted to store data from the one or more sensors, wherein the hierarchical storage manager is adapted to manage storage and cascade of data through the hierarchy of two or more data storage devices based at least on the sensory events;

an event queue having access to an event database to store the sensory events for later retrieval as stored sensory events;

a correlation module to evaluate one or more historical correlations among the stored sensory events, wherein the correlation module evaluates the stored sensory events for the one or more historical correlations across at least one of time and space, wherein the correlation module is adapted to monitor the received sensory events to identify one or more critical events, and wherein the one or more critical events are based at least on the one or more historical correlations; and

an alerting module to send one or more alerts based on the one or more critical events,

wherein communication between the sensory event analytics module, the hierarchical storage manager, the correlation module, and the alerting module occurs over an IP network..

13. The non-transitory, physical storage medium of claim 1, wherein the sensory events are weighted based at least on one or more attribute data of the one or more sensors used to capture the sensory data.

204.   XProtect practices claim 13 of the '314 patent (¶¶99, 100, 101, 115, 116, 117, 118, 132, 145, and 146). XProtect in combination with Bosch IVA Pro intelligent video analytics practices claim 13 of the '460 patent (¶¶99, 100, 101, 102,

103, 115, 116, 117, 118, 128, 129, 132, 142, 145, and 146). XProtect in combination with Briefcam's Respond video analytics practices claim 13 of the '314 patent (¶¶99, 100, 101, 104, 115, 116, 117, 118, 130, 132, 143, 145, and 146). XProtect in combination with viisights video "wise" and "true" video analytics practices claim 13 of the '314 patent (¶¶99, 100, 101, 105, 115, 116, 117, 118, 131, 132, 144, 145, and 146).

205.    On information and belief, XProtect software in combination with Milestone IVA Partners infringes claim 13 of the '314 patent.

206.    On or around March 14, 2013, SecureNet gave actual notice of the '098 and '926 patents to Milestone, which are in the same patent family as the '314 patent. Accordingly, Milestone has willfully infringed the '314 patent.

## Count 9

## Infringement of U.S. Patent No. 11,929,870

207.    Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

208.    SecureNet is the owner by assignment of United States Patent No. 11,929,870, entitled "Correlation engine for correlating sensory events." The '870 patent was duly and legally issued by the USPTO on March 12, 2024. A true and correct copy of the '870 patent is attached as Exhibit 9.

209.    Defendant has offered for sale, sold and/or imported in the United States accused products that directly or indirectly infringes the '870 patent since its issuance. Defendant has directly and indirectly infringed and continues to infringe

the '870 patent, for example, by making, selling, offering for sale, and/or importing accused products, and through its own use and testing of them in the United States and here in Oregon. In addition, on information and belief, Defendant uses them while providing technical support and repair to Defendant's customers.

210.    Non-limiting examples of the Milestone's infringement of claim 6 of the '870 patent is via the Milestone X-Protect System in combination with any of video analytics from Bosch, Briefcam, or viisights as outlined below:

1. A non-transitory, physical storage medium storing computer-readable program code, the program code executable by a hardware processor, the program code when executed by the hardware processor causes the hardware processor to implement:

[A] a receiver module to receive one or more sensory events from a sensory event analytics module that receives sensory data about a physical environment from one or more sensors and processes the sensory data from the one or more sensors to detect the one or more sensory events, wherein the one or more sensors comprises at least

[B] an Internet Protocol (IP) video camera, and wherein the one or more sensory events are selected from the group consisting of a face detected, a vehicle detected, and a license plate detected;

[C] an event queue having access to an event database to store the sensory events for later retrieval as stored sensory events; and

[D] a correlation module to evaluate one or more historical correlations among the stored sensory events, wherein the correlation module evaluates the stored sensory events for the one or more historical correlations across at least one of time and space based on at least weighting of the stored sensory events, and wherein the stored sensory events are weighted based at least on one or more attribute data of the one or more sensors used to capture the sensory data.

2. The non-transitory, physical storage medium of claim 1, further comprising program code to implement:

[E] an alerting module to send one or more alerts based on one or more critical events, wherein communication between the sensory event analytics module, the correlation module, and the alerting module occurs over an IP network; and

[F] a network analytics module to receive IP data of the one or more sensors, wherein the IP data comprises at least an IP address and a network status of at least one of the sensors, and wherein the network analytics module is adapted to process the IP data of the one or more sensors to detect one or more network events.

3. The non-transitory, physical storage medium of claim 2, further comprising program code to implement:

[G] a normalization module to normalize the sensory events and the network events into a standardized data format to generate normalized sensory events and normalized network events.

4. The non-transitory, physical storage medium of claim 3, further comprising program code to implement:

[H] an event queue to queue the normalized sensory events and the normalized network events for storage in the event database.

[I] 5. The non-transitory, physical storage medium of claim 4, wherein the correlation module is adapted to evaluate one or more historical correlations by automatically analyzing the stored sensory events and the stored network events, across at least one of time and space, for one or more historical correlations among the stored sensory events and the stored network events.

[J] 6. The non-transitory, physical storage medium of claim 5, wherein the correlation module is adapted to monitor continuously and in real-time the normalized sensory events and the normalized network events to identify the one or more critical events, and wherein the one or more critical events are based at least on the one or more historical correlations among the stored sensory events and the stored network events.

211.    XProtect practices elements A-F, and I of claim 6 of the '870 patent

(¶¶99, 100, 101, 115, 116, 117, 118, 132, 145, and 146). XProtect in combination

with Bosch IVA Pro intelligent video analytics practices elements A-F, and I of

claim 6 of the '870 patent (¶¶99, 100, 101, 102, 103, 115, 116, 117, 118, 128, 129, 132, 142, 145, and 146). XProtect in combination with Briefcam's Respond video analytics practices elements A-F, and I of claim 6 of the '870 patent (¶¶99, 100, 101, 104, 115, 116, 117, 118, 130, 132, 143, 145, and 146). XProtect in combination with viisights video "wise" and "true" video analytics practices elements A-F, and I of claim 6 of the '870 patent (¶¶99, 100, 101, 105, 115, 116, 117, 118, 131, 132, 144, 145, and 146).

212.    On information on belief, the XProtect normalizes data from various sensors and inputs, stores the normalized data, and correlates based on normalized data, G, H, and J.

213.    On information and belief, an end user's use of XProtect software in combination with Milestone IVA Partners infringes claim 20 of the '987 patent.

214.    On or around March 14, 2013, SecureNet gave actual notice of the '098 and '926 patents to Milestone, which are in the same patent family as the '870 patent. Accordingly, Milestone has willfully infringed the '870 patent.

## **Prayer for Relief**

WHEREFORE, Plaintiff SecureNet Solutions Group, LLC respectfully requests that this Court enter:

A.    A judgment in favor of Plaintiff that Defendant has infringed, either literally and/or under the doctrine of equivalents and either directly or indirectly, U.S. Patent Nos. 8,130,098, 8,354,926, 9,344,616, 9,619,984, 10,020,987, 10,862,744, 10,587,460, 11,323,314, and 11,929,870.

B.    A permanent injunction enjoining Defendant from committing further acts that infringe upon the Asserted Patents;

C.    A judgment and order requiring Defendant to pay Plaintiff its damages, costs, expenses, and prejudgment and post-judgment interest for its infringement of the Asserted Patents, as provided under 35 U.S.C. § 284;

D.    A judgment and order requiring Defendant to provide an accounting and to pay supplemental damages to Plaintiff, including without limitation, pre-judgment and post-judgment interest;

E.    A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285, including that the Defendant has willfully infringed the Asserted Patents and awarding to Plaintiff its reasonable attorneys' fees against Defendant;

F.    A post-verdict accounting; and

G.    Any and all other relief as the Court may deem appropriate and just under the circumstances.

## **Demand for Jury Trial**

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

DATED this 14th day of July 2025.

Respectfully submitted,

ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.


*s/Benjamin J. Woodruff*
Patrick D. Vellone *(pending pro hac vice)*
Benjamin J. Woodruff, OBN 202420
Vandana Koelsch *(pending pro hac vice)*
Jennifer E. Schlatter *(pending pro hac vice)*
1600 Stout Street, Suite 1900
Denver, CO 80202
Telephone: (303) 534-4499
pvellone@allen-vellone.com
bwoodruff@allen-vellone.com
vkoelsch@allen-vellone.com
jschlatter@allen-vellone.com

*Attorneys for Plaintiff*